# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### WESTERN DIVISION

Cause No.: _04-30200 – KPN_

| | |
|---|---|
| Joseph F. SCHEBEL, Jr., individually, and on behalf of all persons similarly situated, | ) ) ) |
| Plaintiffs-Petitioners, | ) ) |
| v. | ) ) |
| COMMONWEALTH of MASSACHUSETTS, | ) ) |
| Defendant-Respondent. | ) ) |

## Verified Complaints for Patterns of: Denials and Violations of Civil Rights, Neglect to Prevent the Same, Willful Discrimination, Disparate Taxation, and Reckless or Negligent Government Mismanagement; and, Verified Petition for Damages and Certain Remedial Actions
### (Class Action Complaint)
### (Request for Three-Judge Panel)
### (Demand for Jury Trial)

Comes now the principal Plaintiff-Petitioner, Joseph F. Schebel, Jr., individually, and also on behalf of all persons so similarly situated in this action (together, "the Class"), and in direct support of all such complaints and petitions now and hereby made before this Court, alleges, states, and submits the following:

## A.  Introduction and Nature of the Case

1.  This is a multi-grounded civil rights action at law, at common law, and also in equity, to vindicate and restore various rights of the Plaintiffs secured under federal law, to vindicate and restore their various inalienable rights guaranteed under certain portions of, and several

1

Amendments to, the United States Constitution, and for the Plaintiffs to claim all rights, damages, and forms of relief obtainable under any available means, in the interests of justice, and through the authority and supplemental jurisdiction vested in this Court by 28 USC § 1367, and also through Article III of the United States Constitution, if and as necessary.

2. In no way, shape, or form, do or will the Plaintiffs claim or assert, either expressed or implied, any manner of rights or interests alluding to any aspect of controversy under any state law, whatsoever, excepting only that a matter must be fairly characterized as an act, practice, or policy of, or by, the state which exists or functions in derogation of federal law or federal rights.

3. Further, the Plaintiffs expressly disclaim any such potential allusions to matters arising solely under any state law or state rights, with, again, excepting only that a given matter must or might be fairly characterized as an act, practice, pattern, or policy of, or committed by, the state which exists or functions in derogation of federal law or federal rights.

4. The Plaintiffs seek all available forms of declaratory, injunctive, retrospective and prospective relief that correspond to the various causes of action and prayers for relief herein.

5. This case involves applications of family law in a general nature, wherein rightful custody of minor children is in dispute between natural parents, and where the United States Constitution, and consistent, numerous, and binding stare decisis of the United States Supreme Court, provides certain liberty, privacy, and family interest protections to all such natural parents, and wherein various and numerous Acts of Congress have provided similar, or even better, protections.

6. This case further involves significant amounts of what appears to be willful, reckless, and/or negligent fraud, deceit, collusion, and/or abuse of powers by a statewide and systemic pattern of obstructing, hindering, and/or otherwise thwarting the rightful and lawful conclusions of due process during any such child custody proceedings held within its own courts of law.

2

7.  This case further involves allegations of widespread and standard practices by the State of Massachusetts to unlawfully discriminate in all areas of domestic relations, within any related or ancillary proceedings, and especially those matters directly concerning child custody and child support, often involving bias or prejudice in favor of, or against, one gender or the other, and the same practices being patently unconstitutional in their prevalent application.

8.  This case further involves various allegations of disparate taxation, preferential tax treatment, informal or indirect aspects of taxation without representation, and willful, intentional, negligent, and/or reckless taxation far in excess of what is necessary for the common good, and even in clearly demonstrated derogation of the common good.

9.  This case also involves allegations against the Commonwealth of Massachusetts for willful, intentional, negligent, and/or reckless patterns of general disdain for the common good.

10. There presently exists in this nation an entirely overwhelming plethora of federal statutes pertaining to the strict application, by the several States, of domestic relations resolutions in state courts of law, of national public family policies, of numerous authorizations and appropriations of taxdollars to provide various federal funding, grants, and stipends to the several States, and of the existence of variously all-consuming federal budgetary, administrative, and enforcement agencies, bureaucracies, and other organizations to supposedly ensure strict compliance with all such federal law and applicable federal rights; The members of the putative Class essentially have two options available for non-violent redress of the widespread violations of their various rights alleged herein: (1) prosecute the states themselves for routine misapplication of the law; or, (2) prosecute the federal government for failing to enforce its own laws, and allowing the states to consistently misapply the law and violate their rights; The members of the putative Class have chosen the first option, in the hopes that the second option will then become moot.

11. Given the above serious and important natures of this case, the significant implications to the general welfare, and the same including grievous and numerous violations of civil and constitutional rights, this Court should afford special attention thereupon, and impart expediency to the resolution of this action, all pursuant to its authority under 28 USC § 1657 (a).

## B.    Parties to the Case

12. The parties consist of a principal Plaintiff, the putative plaintiff Class, and the Defendant Commonwealth of Massachusetts, each generally described below.

### Principal Plaintiff-Petitioner

13. The principle Plaintiff-Petitioner, Joseph F. Schebel, Jr., is a United States citizen, is a resident of the Commonwealth of Massachusetts, and alleges a federal dispute and controversy with the Commonwealth of Massachusetts, over being subjected to aspects of variously alleged unlawful practices, patterns, policies, and/or systemic actions or inactions, that violate certain federal rights, and/or certain federal law, described elsewhere herein.

### Statement and Description of the Class

14. The principle Plaintiff-Petitioner, and all putative co-plaintiffs, are United States citizens, 18 years of age or older on the date of filing this action, with each having conceived one or more natural children, of whom any one or more of which is/are currently: (a) living; (b) residing within the jurisdiction of any court of the United States; (c) not institutionalized; and, (d) of age in years so that the very existence of such child(ren) either does, or could, give present or future rise to any legal or equitable proceeding in any court for the payment, by such plaintiff, of any form of child support, to any other person or party, in any form or method heretofore established by the Commonwealth of Massachusetts.

4

15. Further, that each such above plaintiff has also been previously adjudicated, by any judge of any court of the Commonwealth of Massachusetts, as a "noncustodial parent", or any other such similar term or phrase commonly applied to represent that such plaintiff does not equally enjoy the same full sets and degrees of physical, possessory, and legal rights to all aspects of the care, custody, and management of said child(ren) that are recognized to belong to, or enjoyed by, the other natural (commonly referred to as the "custodial") parent of said child(ren).

16. Lastly, that each such above plaintiff, in addition to the above criteria, has either: (a) never been formally convicted, in any competent court of the several States or of the United States, and by proceedings performed with absolute accordance to the full protections of all constitutional due process rights normally afforded every criminal defendant, as having been either seriously abusive, or seriously neglectful, to the health, safety, or physical or emotional welfare, of any minor child – whatsoever – *but*, specifically excluding from the above criteria *only* those circumstances wherein such prosecution was solely related to nonpayment of child support; or, (b) obtained full reversal, vacation, overturning, or other like purging, of each, any, and all such convictions in any one or more competent courts of the several States, or of the United States.

## Defendant Commonwealth of Massachusetts

17. The Commonwealth of Massachusetts is a sovereign, but inferior, republic body of the United States, subject to the provisions of the United States Constitution, all Amendments made thereto, and any express statutory Acts of Congress enacted by the authority thereunder, having willingly joined the Union of the Several States, and thereby also willingly subjecting itself to the supreme power of the Federal Government, and is now made a direct defendant party to this action, through binding service of process upon its representative leaders, including both Governor Mitt Romney, and Attorney General Tom Reilly, of service of all original pleadings,

5

papers, and the like in this matter, in good faith attempt by the Plaintiffs to satisfy any and all notice requirements possibly due upon the complex nature of causes described herein, and is further made a defendant party due to the virtue of all contentions expressed or implied by the Plaintiffs, in and through the paragraphs included under the "Introduction and Nature of the Case" section of this complaint, *supra*, and is also made a defendant party by virtue of its vicarious liability, and/or liability as respondeat superior, for the various actions, and/or inactions, committed, and/or neglected, by its various subordinate officials, agents, employees, and/or any other representatives that may be generally described herein, and/or by any other persons functioning, and/or appearing, to represent the Commonwealth of Massachusetts in any official manner, and/or by other persons, or entities, acting in concert with any of the above persons or entities, as well as by its own neglect, and/or refusals, to act to prevent, and/or correct, directly, and/or indirectly, various wrongs, harm, and/or injuries to the Plaintiffs, and/or property of the Plaintiffs, including by criminal acts, and/or by having conspired with any other persons to commit the same.

## C.  Jurisdiction and Venue

18. For the various forms of relief that the Plaintiffs seek, and given full consideration that this case entails multiple sets of fairly complex circumstances, with various and numerous causes of action contained thereunder, jurisdiction and venue over all subject matters herein are properly had and held within this Honorable Court, and the same matters arising, under any or all of the following provisions of relevant federal law:

   a)  Article III, Section 2, of the United States Constitution – regarding issues risen under the Constitution, laws, or treaties of the United States;

b)  Article IV, Section 2, of the United States Constitution – regarding equal protection of all privileges and immunities of citizens amongst the several States;

c)  Article VI of the United States Constitution – regarding the binding of judges in every State under the supreme law of the land, and which same consists of the Constitution, laws, and treaties of the United States;

d)  18 USC § 3231 – regarding offenses committed against the laws of the United States;

e)  28 USC § 1331 – regarding issues arising under the Constitution, laws, or treaties of the United States;

f)  28 USC § 1340 – regarding civil actions relating to internal revenue;

g)  28 USC § 1343 – regarding deprivations of rights, and/or privileges, of citizens of the United States;

h)  28 USC § 1355 – regarding recovery or enforcement of fines, penalties, or forfeitures;

i)  28 USC § 1356 – regarding seizures not within admiralty and maritime jurisdiction;

j)  28 USC § 1367 – regarding supplemental jurisdiction over interrelated claims;

k)  28 USC § 1391 – regarding venue and defendants generally;

l)  28 USC § 1395 – regarding venue in actions involving fines, penalties, or forfeitures;

m) 28 USC § 1441 – regarding the removal of state court subject matters generally;

n)  28 USC § 1443 – regarding denial or violation of civil rights within a state court;

o)  28 USC § 1657 – regarding priority of actions, and temporary or preliminary relief;

p)  28 USC § 1962 – regarding liens, by judgment, upon property within the district;

q)  28 USC § 2201 – regarding creations of remedies and declarations of rights;

r)  28 USC § 2202 – regarding further reasonable, necessary, or proper relief available from this Court;

7

s) 28 USC § 2283 – regarding this Court's authority to stay proceedings in any state court;

t) 31 USC § 3732 – regarding false claims actions under federal and/or state laws;

u) 42 USC § 666 – regarding civil actions to enforce child support obligations;

v) 42 USC § 2000b – regarding deprivations of civil rights within public facilities; and

w) 42 USC § 2000b-2 – regarding individual remedies for deprivations of civil rights within public facilities.

19. This Court also has supplemental jurisdiction over all other claims by the Plaintiffs that are so related to the claims herein that they form part of the same case or controversy under Article III of the United States Constitution.

## D. Allegations of Fact

20. The principal Plaintiff reserves the sole right to complete and timely file the Uniform Case Management Plan in this cause, and reserves the right to designate the same to any other member of the putative Class, should the Court elect not to appoint class counsel under Rule 23(g).

21. The principal Plaintiff, as well as each member of the putative Class, has all incurred grievous and irreparable losses at the hands of the Defendant, due to continuing unlawful deprivations of relationships with their minor children, unlawful deprivations of their property, disparate taxation in general, aberrant treatment in regards to the opportunity of either state or federal tax credits, and willful, reckless, and/or grossly negligent mismanagement of the common good by the Commonwealth of Massachusetts.

22. Each and every such minor child of a Class member herein inherently has an equal and reciprocal right to the above same relationships, as well as vested constitutional and family liberty interests in, and therefore rights to, the lawful vindication of the rights of each corresponding Plaintiff, and the Defendant has, by various actions and/or inactions, essentially

8

assisted, whether directly or indirectly, in the daily continuation of unlawfully depriving or inhibiting all such relationships without fully applying due process of law.

23. The Plaintiffs have been illegally and fraudulently deprived of numerous constitutional and civil rights by the actions and/or inactions of the Defendant, all as more clearly set forth and detailed in the below-enumerated causes of action.

24. The Defendant has no 11th Amendment immunity against being amenable to suit, due to express waiver by certain Acts of Congress applicable in the various situations alleged herein.

25. The Defendant has no immunity to damages, due to express waiver of such immunity consistently affirmed through numerous decisions by the United States Supreme Court, and that are also applicable in the various situations alleged herein.

26. The Plaintiffs are entitled to various awards of damages against the Defendant, and/or against the estates and any holdings of the Defendant, all until such time as any judgments rendered herein are paid in full, and including any and all interest accrued upon the same.

27. The Plaintiffs are entitled to various forms of other relief, according to the nature of the wrongs inflicted, and the gravity of the remedies that are necessary to fully conform all allegedly unlawful practices, policies, and patterns to that required by the United States Constitution.

## E.   Allegations of Law

28. The Plaintiffs have certain and various inalienable rights and guarantees secured to them by the United States Constitution, and also under statutory provisions of the United States Code.

29. Any natural parent has these same such rights and guarantees, regardless of marital status.

30. Each of the Defendant's officers, officials, employees, agents, and other persons or entities involved with judicial and/or other determinations affecting the outcomes of domestic relations matters, and by their own sworn oaths, have various and certain duties under law,

common law, and in equity, to uphold, support, and protect the Constitution of the United States, as well as all statutes, rules, and regulations of the United States.

31. The Plaintiffs are not professional attorneys, and their pleadings cannot be held to the same level of technical standards that pleadings from the Defendant should be held to, or that will be expected from any future professional counsel in this cause. *See*, e.g., *Haines v. Kerner*, 92 S.Ct. 594; *Jenkins v. McKeithen*, 395 U.S. 411; *Picking v. Penna. Rwy. Co.*, 151 F.2d 240; and, *Puckett v. Cox*, 456 F.2d 233.

32. Governments, and the government officials, persons, or entities that represent them, do and will automatically lose any qualified immunity they may have previously enjoyed, upon the commission of any act necessarily done outside the lawful scope of the matter in question. *See*, e.g., *Burns v. Reed*, 111 S.Ct. 1934; *Monell v. Dept. Of Social Services*, 98 S.Ct. 2018; *U.S. v. Lanier*, 117 S.Ct. 1219; *Koon v. U.S.*, 116 S.Ct. 2035, *Dennis v. Sparks*, 101 S.Ct. 183; and, etc.

33. A conspirator is responsible for the acts of other conspirators who have left the conspiracy before he joined it, or joined after he left it. *See*, e.g., *U.S. v. Guest*, 86 S.Ct. 1170, *U.S. v. Compagna*, 146 F.2d 524; and, etc.

34. Federal judges can set aside or overturn state courts to preserve constitutional rights. *See*, e.g., *Mitchum v. Foster*, 407 U.S. 225; 28 USC § 1441, and 28 USC § 1443.

35. Justice delayed is justice denied. *See* Magna Charta, Article 40, June 15, 1215.

36. A court faced with a motion to dismiss a pro se complaint must read the complaint's allegations expansively, *Haines v. Kerner*, 404 U.S. 519, 520-21, 92 S. Ct. 594, 596, 30 L. Ed. 2d 652 (1972), and take them as true for purposes of deciding whether they state a claim. *Cruz v. Beto*, 405 U.S. 319, 322, 92 S. Ct. 1079, 1081, 31 L. Ed. 2d 263 (1972).

37. Moreover, "the court is under a duty to examine the complaint to determine if the allegations provide for relief on any possible theory." *Bonner v. Circuit Court of St. Louis*, 526 F.2d 1331, 1334 (8th Cir. 1975) (quoting *Bramlet v. Wilson*, 495 F.2d 714, 716 (8th Cir. 1974)).

38. While the above allegations of law tend to necessarily invite formal authorities in support, the "well-pleaded complaint" rule and doctrine admonish that the various causes of action, each enumerated and described below, should remain free of any formal argument and authorities, unless, and until, the Court might direct the tendering of an appropriate memorandum in support.

## F.  Causes of Action Generally

39. The causes of action detailed herein further below are grounded, in fact, upon one or more of the following Amendments to the United States Constitution, and/or specific statutes of the United States Code, each of which is included here in relevant and pertinent parts:

a) **The First Amendment to the United States Constitution** – "Congress shall make no law... abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances."

b) **The Fourth Amendment to the United States Constitution** - "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated..."

c) **The Fifth Amendment to the United States Constitution** - "No person shall be... deprived of life, liberty, or property, without due process of law..."

d) **The Sixth Amendment to the United States Constitution** - "In all... prosecutions... the accused shall have the Assistance of Counsel for his defence."

e) **The Eighth Amendment to the United States Constitution** - "Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted."

11

f) **The Ninth Amendment to the United States Constitution** – "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."

g) **The Fourteenth Amendment to the United States Constitution** - "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

h) **18 USC § 241 - Conspiracy against rights** - "If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State... in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons... prevent or hinder his free exercise or enjoyment of any right or privilege so secured-- They shall be fined under this title or imprisoned not more than ten years, or both;... or if such acts include kidnapping or an attempt to kidnap,... they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."

i) **18 USC § 242 - Deprivation of rights under color of law** - "Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State... to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States... shall be fined under this title or imprisoned not more than one year, or both... or if such acts include kidnapping or an attempt to kidnap...

shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death."

j)  **42 USC § 1981 - Equal rights under the law** - "All persons within the jurisdiction of the United States shall have the same right in every State... to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens..."

k)  **42 USC § 1985 - Conspiracy to interfere with civil rights** - "If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified... or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws; If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws;... or... in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the

party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators."

l) **42 USC § 1986 - Action for neglect to prevent** - "Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action;"

m) **42 USC § 1988 - Proceedings in vindication of civil rights** - "The jurisdiction in civil and criminal matters conferred on the district courts... for the protection of all persons in the United States in their civil rights, and for their vindication, shall be exercised and enforced in conformity with the laws of the United States, so far as such laws are suitable to carry the same into effect; but in all cases where they are not adapted to the object, or are deficient in the provisions necessary to furnish suitable remedies and punish offenses against law, the common law, as modified and changed by the constitution and statutes of the State wherein the court having jurisdiction of such civil or criminal cause is held, so far as the same is not inconsistent with the Constitution and laws of the United States, shall be extended to and govern the said courts in the trial and disposition of the cause, and, if it is of a criminal nature, in the infliction of punishment on the party found guilty."

n) **42 USC § 1994 – Peonage abolished** – "The holding of any person to service or labor under the system known as peonage is abolished and forever prohibited in any Territory or

State of the United States; and all acts, laws, resolutions, orders, regulations, or usages of any Territory or State, which have heretofore established, maintained, or enforced, or by virtue of which any attempt shall hereafter be made to establish, maintain, or enforce, directly or indirectly, the voluntary or involuntary service or labor of any persons as peons, in liquidation of any debt or obligation, or otherwise, are declared null and void"

o) **28 USC § 1443 – Civil rights cases** - "Any of the following civil actions or criminal prosecutions, commenced in a State court may be removed by the defendant to the district court of the United States for the district and division embracing the place wherein it is pending:

(1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof;

(2) For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law.

p) **28 USC § 1657 - Priority of civil actions** - "Notwithstanding any other provision of law, each court of the United States shall determine the order in which civil actions are heard and determined, except that the court shall expedite... any action for temporary or preliminary injunctive relief, or any other action if good cause therefor is shown. For purposes of this subsection, "good cause" is shown if a right under the Constitution of the United States or a Federal Statute... would be maintained in a factual context that indicates that a request for expedited consideration has merit."

40. Some of the various and numerous federal family law statutes alluded to in ¶ 10, *supra*, include, for a very <u>short and limited</u> example purpose only, the following binding rules of law

upon the several States, to-wit: 42 USC § 192; 42 USC § 242k; 42 USC § 243; 42 USC § 246; 42 USC § 247b; 42 USC § 247c; 42 USC § 247d-1; 42 USC § 264; 42 USC § 280b-1; 42 USC § 280b-1a; 42 USC § 283c; 42 USC § 283f; 42 USC § 601; 42 USC § 602; 42 USC § 603; 42 USC § 608; 42 USC § 613; 42 USC § 629; 42 USC § 666; 42 USC § 669b; 42 USC § 1314; 42 USC § 1314a; 42 USC § 1320b-9; 42 USC § 1397; 42 USC § 1397f; 42 USC § 1975a; 42 USC § 1975d; 42 USC § 3604; 42 USC § 3617; 42 USC § 3631; 42 USC § 3721; 42 USC § 3731; 42 USC § 3751; 42 USC § 3789d; 42 USC § 4272; 42 USC § 4501; 42 USC § 4502; 42 USC § 4701; 42 USC § 5025; 42 USC § 5102; 42 USC § 5116; 42 USC § 5116a; 42 USC § 5601; 42 USC § 5602; 42 USC § 5701; 42 USC § 5771; 42 USC § 5781; 42 USC § 9901; 42 USC § 10401; 42 USC § 10420; 42 USC § 10702; 42 USC § 11601; 42 USC § 11603; 42 USC § 12301; 42 USC § 12351; 42 USC § 12352; 42 USC § 12371; 42 USC § 13001; 42 USC § 13011; 42 USC § 13012; 42 USC § 13021; 42 USC § 13862; 42 USC § 13881; 42 USC § 13992; 42 USC § 14141; and, 42 USC § 14193.

41. In fact, the above statutes of the United States Code are by no means a complete listing, as each represents entire _sections_ and _chapters_ of Title 42 of the United States Code, dealing with, controlling, funding for, administering, enforcing, and expressing specific national policy in regards to virtually **every** conceivable aspect of all types of domestic relations proceedings, juvenile proceedings, child abuse and neglect proceedings, domestic violence proceedings, child support proceedings, garnishment orders, and the entire gamut of almost _every_ possible type of ancillary proceeding that could be attributed to what _used_ to be known as "state" family law.

42. In reality, the Federal Government, by the duly authorized enactment, over the past quarter-century or so, of such an incredibly enormous and all-encompassing scope of Acts of

Congress, has _more_ than achieved a "co-ownership" of family law – it has _taken over_ family law, for all intensive purposes.

43. Accordingly, any ill-contrived attempt by the Defendant, to laughably suggest that some form of "abstention" would be appropriate in an action including controversy over "strictly state" family law, will be countered – forthwith – with an immediate motion for certification of such defense as patently frivolous, and for all appropriate and corresponding sanctions thereupon.

## G.  Causes of Action Specifically

44. The United States Supreme Court has long and consistently held that the care, custody, maintenance, management, companionship, educational choices, and general child-rearing decisions related to one's children are fundamental rights protected by the Federal Constitution.

45. As such, any actions by any person or entity, whether it be by a person acting alone, in conjunction with another, directly or indirectly, by any State entity, or demonstrated by a pattern of deprivations generally attributable to the State itself, that intrude upon these fundamental rights, are patently unconstitutional until, and unless, first validated by a substantially compelling State interest applied with strict scrutiny, and only performed in the least intrusive manner.

46. The State is not permitted to intrude upon these fundamental rights of the natural parent without clear and convincing proof of demonstrable harm to the child(ren) in question.

47. All natural parents existing under the jurisdiction of the State of Massachusetts are constitutionally entitled to be free of government intrusion in the care, custody, and maintenance of their children, unless there is clear and convincing evidence of proven harm, or of the threat or danger of such harm, to the minor children in question.

48. The United States Supreme Court has consistently reminded that there is a presumption that fit parents act in their children's best interests, and that there is normally no reason for the

State to inject itself into the private realm of the family to further question fit parents' ability to make the best decisions regarding their children.

## Count I: Gross negligence and reckless disregard for duties owed in custody proceedings

49. The Defendant has willfully committed gross negligence and reckless disregard of the various basic and absolute duties owed towards each member of the Class, and their related inherent, natural, legal, and constitutional rights to equal custody of their minor children, all in violation of various civil and/or constitutional rights, and also contrary to the laws of the United States, and they should be therefor found due and owing to the Plaintiffs for certain amounts of damages, and all remedial actions appropriate therefor should be taken immediately.

## Count I: Supporting facts

50. Plaintiffs reallege all paragraphs 1 through 49, *supra*, and incorporate them herein by reference the same as if fully set forth. (H.I.).

51. All judges of the Commonwealth of Massachusetts that have jurisdiction over domestic relations actions have each, at some point in time previously, sworn their very oath upon taking the office of judge, to defend, uphold, protect and provide for the sacred guarantees of civil and constitutional rights, as well as also the same for the laws of these United States.

52. In addition, the same judges have various legal duties, under professional conduct rules for attorneys, and/or various judicial conduct canons, to promote, use, and restrict themselves to honesty, candor, impartiality, fundamental fairness and similar qualities and traits of integrity, at all times during the litigation of any legal proceedings.

53. The Commonwealth of Massachusetts, as a corporate body responsible for the welfare of its citizenry, and for the ultimate protections of the rights of each United States citizen within its jurisdiction, is also therefore responsible for ensuring that its collection of judicial officers, by

and through standard practices, policies, and/or procedures, or any other means necessary, do not violate, on a systemic scale, any of the aforementioned federal laws, rules, and regulations pertaining to the widespread application of family law, and of federal rights and privileges, in regards to the general determinations of child custody between divorced, separated, and unwed natural parents.

54. The State, as a whole, has consistently misapplied the doctrine of parens patriae when no compelling public interest exists, and engaged in a standard practice of unlawful takings of the various rights to custody that should be constitutionally shared equally between natural fit parents who do not remain together; The State has further erred by failing to notice such widespread misapplication, and even further erred by failing to correct such widespread misapplication, and all such errors have injured each member of the putative Class herein, and continue to do so on a daily basis.

55. The State, as a whole, has consistently misused the familiar notion of "the best interest of the child", when no reasonable clarity exists to place any United States citizen on fair notice as to what exactly that vague and ambiguous phrase means.

56. Further, Constitutional law regarding custody of children is based on parental rights. This is to protect children, as minors are not capable of properly representing, or even knowing, their interests, and the natural parents are always best to do so, absent a strongly compelling reason.

57. The State, as a whole, and by misusing the vague and inferior "best interest" notion, has been engaging in a standard practice of unlawful takings of the various rights to custody that should be constitutionally shared equally between natural fit parents who do not remain together; The State has further erred by failing to notice such widespread misusage, and even further erred

19

by failing to correct such widespread misusage, and all such errors have injured each member of the putative Class herein, and continue to do so on a daily basis.

58. Strict scrutiny has two components: due process and equal protection. The due process component consists of two parts. The first is that there must be a compelling State interest present for the State to invade, in any way, the privacy and liberty of the parent-child relationship. A wall exists between government and the parent-child relationship that can only be breached when the child is in harm to the level of substantial child abuse or neglect. If the child is first found to actually be in such substantial harm, or imminent danger of such harm, then the second due process part, narrowest intervention, still applies, and the State must refrain from invading the sacred parent-child relationship, excepting only in the least intrusive way. Further still, before invading any natural parents' right to custody, care, and management of his or her child, the second strict scrutiny component, equal protection, requires that the parents cannot be put into separate classifications of "custodial" and "non-custodial", regarding either physical (residential) or legal (decision-making) rights to their children, again, excepting only a strongly compelling reason otherwise to legally justify a taking of actual control and custody of the child itself, under the application of the parens patriae doctrine.

59. The Constitutionally-conforming result in any and all child custody litigation between two fit natural parents must – always – be an equally-divided allotment of the various rights, time, care, custody, control, and management of such children that is always, and has been, naturally inherent to either fit parent.

60. Yet, again, the State, as a whole, has consistently ignored the above requirements of the Constitution, before engaging in a standard practice of unlawful takings of the various rights to custody that should be constitutionally shared equally between natural fit parents who do not