# EXHIBIT

# "1"

## PLAINTIFF EXHIBIT #1

To: President George W. Bush,
All Members of Congress,
The Supreme Court of the United States

RE: Non-Custodial Parental Rights

I am writing to you to demand change on an epidemic that is destroying families, fathers, and children right here in Country. Simply put, the "Family Court" system as it now exits has stripped fathers of their rights to be a part of their children's lives. Instead, fathers have turned into financial pumps, living in constant fear of being dragged back into court by their ex-wives and victimized yet again.

I could give you countless examples of fathers who have been victimized. I'm not referring to the "deadbeat dad" types who leave their ex-wives and children living in the streets. I am talking about hard working, tax paying, child-loving fathers who live for their children. The ones who had their children stripped from them for the simple reason of their ex-wife deciding that she just no longer wanted to be married. The ones who are allowed to see their children for 4 days a month. The ones who are allowed to see their children for a few weeks over the summer. The ones who are required to pay astronomical amounts of child support, often putting themselves in a situation where they barely can afford to live. These are the fathers that are relying on the judges, lawyers, and Legislators to help reform the system. This system has created a society of fatherless children and childless fathers. This system has created its own life through a judicial system that exists on misery to feed itself.

This system violates their Constitutional Rights to Due process, Equal Protection under the Laws, and Privacy.

I would like to call your attention to the February 25th, 2002 ruling by C. Dane Perkins, Superior Court Judge of the Georgia Alapaha Judicial Circuit. Judge Perkins declared the Georgia Child Support Guidelines (which were adopted guidelines from Wisconsin which almost all states use) void and unconstitutional in his ruling based on the above Constitutional Violations.

Due Process
The United States Constitution provides that NO State may "deprive any person of life, liberty or poverty without due process of law". In almost all states, presumptive child support awards rise as a share of obligor (paying parent) income. NO child cost studies show child costs rising as a share of after-tax income. ALL child cost studies show child costs declining as a share of the after-tax income. In most cases, especially in higher income situations, the presumptive child support results in a significantly higher

obligation than one bases on actual child costs that decline as a share of net income. In Parrett v. Parrett (1988, the Court of Appeals of Wisconsin), the court found that, particularly in higher income situations, the presumptive child support amount would "result in a figure so far beyond the child's needs as to be irrational". This is the very sort of result the Due Process clauses are designed to prevent.

Equal Protection
The United States Constitution provides that NO State may "deny to any person within its jurisdiction the equal protection of the laws". The court found that "the egregiously different burdens placed on persons similarly situated but for the award of custody, i.e., parents with the obligation to support their child (ren) and the same means for doing so as when they were married" violates the guarantees of equal protection.

Finding of Fact in the ruling further address this issue.

Tax Benefits
The court points out that custodial parents typically receive $200 to $350 per month in extra after-tax income just for having custody. These child-related tax benefits include Head of Household status, Child exemptions, child credits, childcare credits, and Earned Income credits. Wisconsin either does not include these credits in child support calculations or they are grossly understated. The court found that not sharing these child-related tax benefits violates equal protection.

Financial Windfall
The presumptive child care award typically results in the custodial parent receiving huge financial windfall (profit) well in excess of childcare costs. For typical income situations, the custodial parent ends up with a higher standard of living than the non-custodial parent. This is the case even when the non-custodial parent earns significantly more than the custodial parent. This represents an extraordinary benefit for the custodial parent and an extraordinary burden for the obligator. This violates equal protection. In addition, when combined with the tax benefits discussed above, the outcome is that the custodial parent does not contribute to the child costs at the same rate the non-custodial parent and, often, not at all.

Hidden Alimony
The court found that, in essence, the child support obligation amounted to hidden alimony. These "hidden alimony" amounts were so excessive that a non-custodial parent is oftentimes unable to provide for the child (ren) when in the non-custodial parents' care to the same extent as in the custodial parent's household. Presumptive awards have been shown to typically exceed total actual costs according to the U.S. Department of Agriculture. This violates equal protection standards for both the child and the non-custodial parent. In addition, this bias towards hidden alimony exists even when the custodial parent earns substantially higher income than the non-custodial parent.

Low Income below Poverty Line
The presumptive award for low-income obligators (minimum wage workers) pushes them

below the poverty line. An award that leaves the obligator with less income than needed for basic needs creates an extraordinary burden. This violates equal protection.

Privacy
The source of the right to privacy has been held to originate in varying constitutional provisions. However, it has been long recognized to apply to "family" concerns whether the family exists within the confines of marriage or not. (Eisenstadt v. Baird (1973)). The court found that "by requiring the non-custodial parent to pay an amount in excess of those required to meet the child (rens') basic needs...(the child support amount) impermissibly interfere(s) with parental decisions regarding financial expenditures on children. "The governments' interest in family expenditures on children is limited to insuring that the child (rens) basic needs are met. Not extravagances, not luxuries, but needs. Once that occurs, government intrusion must cease (Moylan v. Moylan).

In addition, the court found that the presumptive child support is so excessive that it forces non-custodial parents to frequently work extra jobs for basic needs. This creates an extraordinary burden for the obligor and, potentially, an additional burden on taxpayers. It is also distracting the non-custodial parent from parenting fully without justification. This violates equal protection. This is contrary both to public policy and common sense. Any government mandate beyond basic child costs interferes with the right to privacy.

Equal Rights
The Guidelines do not take into account the custodial parent's income. The presumptive child support awards do not vary with family income--only obligor income. The custodial parent is not held to the same standard for contributing to child costs. In most cases, the custodial parent's obligation of support ends up being largely or entirely paid by the non-custodial parent. The custodial parent's income has no bearing on the amount of child support the non-custodial parent is ordered to pay. There is no formula in place that can determine how the custodial parent's income affects the presumptive award. This is not economically rational and violates equal protection.

Child costs of only the custodial parent are covered by the Guidelines. Costs incurred when the child (ren) is in the non-custodial parents' care i.e. housing, food, clothing, entertainment and other needs for the child (ren) do not receive similar consideration. Yet, parents are similarly situated when child (ren) costs are incurred by either parent. Each parent has an equal duty to provide financially for the child (ren) when in the care of the other parent. These Guidelines where based on welfare situations in which the obligor parent was absent, and the custodial parent did not work and had no earned income, and did not take into account the custodial parent receiving large child- related tax benefits, and did not take into account the obligor paying substantial income taxes. However, in actual practice, typically the non-custodial parent is not absent and incurs substantial child costs that the Guidelines do not require the custodial parent to contribute. This violates equal protection and does not meet the financial needs of the child (ren) when they are in the care of the non-custodial parent. The Guidelines do not require that the custodial parent share in the costs of the non-custodial parent.

The Guideline criteria for deviation do not give any guidance on how to apply the deviations in a consistent manner. This is unconstitutionally vague and generally results in no deviations in most cases, even when the circumstances to deviate exist.


"We need to do more to make sure both parents are fully involved in the raising of their children, particularly fathers"
- Wisconsin Governor Tommy Thompson October 22nd, 1999-


Right here in our country, our homeland where we feel justified in wanting to raise our Child (ren) are we being stripped of our Constitutional Rights. We, as parents have a fundamental right to assume equal periods of placement of our children, unless there is credible evidence that a parent is not fit, that placement would be harmful to the child (ren). This right is fundamental; not that one parent must win as a result of lengthy, intrusive and costly legal battle, or compromised simply to reach a stipulated agreement to avoid a battle.

The Due Process and Equal protection provision of the 14th amendment of the United States Constitution suggest the fundamental rights of both parents must be treated equally. It also points out "the constitution and the laws of the United States..... Shall be the supreme law of the land; and that judges in every state shall be bound thereby, any thing in the constitution or laws of any state to the contrary notwithstanding". The courts responsibility to support these fundamental rights are further established;
Every person Elected or appointed justice of the supreme court, judge of the court of appeals, judge of the circuit court or municipal judge, shall take, subscribe and file the following oath: "I,.... Do solemnly swear that I will support the constitution of the United States and the constitution of the state of....."

In practice, partly due to historical societal roles of parents and statistics on court rulings, there is an unwritten presumption that the mother gets custody and primary placement of the children and the father pays child support to the mother. While this presumption is not defined anywhere in the statutes, and is contrary to equality and the equal protection provision of the 14th amendment, it is very real. The net result is that the legal process treats a mother as innocent until proven guilty, and a father guilty until proven innocent. In light of this presumption, in cases involving two fit parents, the equal fundamental rights of the mother is usually fully supported, while the equal fundamental right of the father is subject to negotiation and compromise.
As in many cases, fathers who merely want to fulfill their responsibilities to the child (ren) by providing for their care during equal periods of placement are often forced to accept 20-40% placement or endure a lengthy, intrusive and costly legal battle. This violates the civil rights of those fathers who are encouraged, coerced or threatened to agree to stipulated agreements that deny them equal periods of placement against their will and denies the children the opportunity to an equally important relationship with

their father.

We are relying on our Courts to stop this egregious violation of Constitutional Rights and start giving us our rights back. We are relying on the courageous lawmakers to address this epidemic and stop the further deterioration of fathers, families, and children.

Sincerely,

<u>The Undersigned</u>

|     | NAME | COMMENT | CITY/STATE |
| --- | --- | --- | --- |
| 1. | Beth Lisiecki | I demand this change also...this is way to important and well over due | Appleton, Wisconsin |
| 2. | Mike Carew | | Appleton, WI |
| 3. | Dee Fiedler | | Appleton, WI |
| 4. | Ron Regeth | | Appleton, WI |
| 5. | Kathy Regeth | | Appleton, WI |
| 6. | Robert Regeth | | Kimberly, WI |
| 7. | Alan Lemke | | Jefferson, WI |
| 8. | Robert Knutson | | Kaukauna, WI |
| 9. | Chris Johnson | | Madison, WI |
| 10. | Michelle Johnson | | Madison, WI |
| 11. | Jerry Klebba | | South Haven, MI |
| 12. | Lundi Leonard | I'm in total agreement--a person's civil rights (due process, equal protection, etc.) seem to fly right out the window when it comes to these support issues--I know from experience | Victorville, CA |
| 13. | Retta Dyann Pritchett | I'm a non-custodial mom - share joint custody - who says that Georgia is a "womens" state when it come to parental rights | Fairburn, GA 30213 |
| 14. | Tiffany Webb | Both parents are equal even though they can't live together. We need to be for the children and what is best for them and taking a parent away due to divorce is just plain ignorant | Muskogee, Ok |
| 15. | Jeff Gillispie | I am a non-custodial parent(where does that term come from anyway) and just recently fought to ensure my visitation rights. I ended up getting less visitation than what I originally had due to lies and deceit within the courtroom. This is not right and I know that it has to change because I see my child hurting due to what his custodial parent is doing by not allowing me to visit with my child. | Muskogee, Ok |
| 16. | Norma C. Williams | There NEEDS to be a change in this ruling. | West Hills CA. |
| 17. | F. Keller | This petition couldn't be more true. I live this everyday. | Massillon, OH |
| 18. | Danielle Zipperer | | Fond Du Lac, WI |
| 19. | Jimmy Whitley | Thanks for the info | Nashville, TN |
| 20. | PATRICIA JOHNSON | | HUMBLE,TEXAS |
| 21. | Robin Lynn | Laws need to change NOW! Why put second families into poverty | Madison, Ohio |

| | | | |
|---|---|---|---|
| | Williams | so the ex can live upper middle class? The child support guidelines need to change, THIS IS RIDICULOUS. There are deadbeat dads because they can't afford to pay their child support because it is too high. My husband is DEADBROKE not DEADBEAT! | |
| 22. | Charlene Brown | I agree 100%, my ex-husband pays a sinfully low child support amount of $45/week for our son, who is now 13 years, we divorced in 1991 when my son was 2 years old. In 1996, my ex-husband received a buy-out package from the company he worked with, for more than 20 years. He received over a half million dollars in stocks, profit-sharing, pension and other annuities. He transferred the money into his mother and oldest daughter name, I guess he feared I would take him back to court to amend the child support amount. Since the divorce, our son has had visitation with his father less than 25 times in 11 years. On the other hand, my husband now, fits the description of the father in your petition. I also feel that paternity tests should be mandatory whenever child support ordered. | Leesburg, FL |
| 23. | Michelle Stephens | married to sterotyped "dead beat dad" child support is ruining his life, my life, and our children's lives | Troup, TX |
| 24. | Lena Johansson | | Florida |
| 25. | Brian Trondson | | Florida |
| 26. | Brandi Andrews | I am a single mother of two who gives their father all rights, including tax rights. I dont take him to court every time he is late or gets a raise, only because I don't want to have to depend on his money. I am currently dating a single father of 3 whose ex wife takes him for every cent, plus has brainwashed his children against him. The court does not or will not see this. As far as the earned income, you are correct. I also believe that anyone who gets child support should have to put it on their income taxes. Yes, I get money back every year, and yes my boyfriend has to pay in every year. I let my ex husband claim one of the children while my boyfriends ex doesnt let him claim any of the children. I believe that the tax laws should be changed. The cutodial parent should have to claim money on the taxes and the non custodial parent shouldnt have to. So much more to write on this, not enough room. Good luck. | Fort Ann, NY |
| 27. | Wilson Balanga Jr. | | San Jose, CA |
| 28. | Jinky Leyson | | Pacifica, CA |
| 29. | Melissa Colyn | After 21 years of being a mother, I recently became a non-cusotidal mom b/c the judicial system in "good ole' boy" suburban Atlanta decided that a Dad fighting for custody was more impressive than having both loving parents spend equal time loving THEIR KIDS! | Conyers, GA |
| 30. | Robert A. Mayotte, Jr. | I'm a father who has paid with out an order from the court and now has an order. But to this date I have been deniened visatitation with my daughter whom I love very much. I have done everything ordered or non ordered but this is the rights I have and that is in | Kennesaw, GA. 30156 |

| | | | |
|---|---|---|---|
| | | short pay and don't ever have visitation, or go to jail if you if you don't pay but the mother may do as she wish with no penalties, in as much as even moving to the west coast. Real fare judicial system. | |
| 31. | Michael Butler | | Anaheim, California |
| 32. | James N Cardwell | | Tampa, FL |
| 33. | Lissy Dunning | I am a non-custodial mother who has paid support on my son for years, but I have NO RIGHTS from MICHIGAN and am sick of it! | Toledo, Ohio |
| 34. | ruth jalene johnson | my son Rodney L. Malone, Sr. has been treated by the courts so unfairly in Liberty, County, Texas. His wife had a lawyer that is now judge and they treated him so badly and has him paying way too high child support for his two children. the children went before the judge 2 times and told how badly their mother treated them and that they wanted to live with their daddy. Denied and he hired two attorney during this 2 year battle. He is being abused financially, he was left with all the bills and he has no money to live on. He is going under, I help him pay some but it is taking both our pay checks and it is still not enough. He has to work all he can do stay out of jail. He is my only child and I raised him to be responsible and he loves his babies and this woman only wants them for the income. she works at a minimum wage job earning only 4,200.00 yearly so that she can get to claim them and my son has been paying $1050.00 a month and all insurance and dental, we still have to buy them clothes for scho | Houston, Texas |
| 35. | Randy peterson | | ct |
| 36. | MICHAEL EVERETT | | AUSTIN,TEXAS |
| 37. | Steven Graulich | I have no rights even though I have a court order saying Ihave rights and I have to continue to pay child support and never get to talk to my kids and drive over 3000 miles to see them to have the door slammed in my face or be sued for maliciouse lies told about me I have no rights! | Mustang Oklahoma |
| 38. | Clifford McArthur | Sounds like another great father living through the same crap I am*the battle continues but I will not give up | Lisbon, Maine |
| 39. | Georgia D. Rackel | This is discrimination in the most vilest method. Who says that a woman has special rights because the children popped out of her body? The courts are biased, the judges are biased...and it is no longer fair. Men are being raped in the courts regulary. This has to stop. The CSEA office in Cleveland Ohio, Cuyahoga County is violating the rights of men daily and there is nothing we can do about it. Somehow they are allowed to break the laws. It's no wonder men want to hide from paying support. No one likes to be raped repeatedly. | Rocky River, OH |
| 40. | David Rackel | hope this works because I am one of those parents | Rocky River, Ohio |
| 41. | Jeremy Paszczak | I feel strongly about this issue , and being a victim of this , i feel the government should look into securing some rights for the non-custodial parent and if they are serious about the well being of | Algoma ,Wisconsin |

| | | | |
|---|---|---|---|
| 42. | Dee | children then maybe look at both parents situation and determine then the best interest of the child. I am a non-custodial mother & my son's father has made it difficult to see my son. I feel all my rights have been taken away & we have joint custody. Please help | N/A |
| 43. | Jessica Smith | | Ottawa, Ontario CANADA |
| 44. | June Wright | | Cheraw, SC |
| 45. | Rodney Holmes | | Little Rock, AR |
| 46. | stephanie Cooper | I am the wife of a non-custodial parent, and I can tell you that before reading this is true | Lindenwold, NJ |
| 47. | Peter Tromp | I support this petition for lawreform to stop access frustration, parental alienation and gender-discrimination against non-custodial parents. A child has a right to the care of both parents after divorce (equal parenting provisions should be made part of the law, as well as a right for the child to access its parent). | Utrecht, Netherlands |
| 48. | Sharon Long | I have fought nfor this for 3 years; my son pays out the teeth for to vacation etc. | Bulls Gap, TN |
| 49. | Chris Long | I could use my $100.00 a week for me and my son!! I know she don't need it for she works too and makes more than I do but the courts saus I have to pay. | Bulls Gap, TN |
| 50. | Roger Eldridge | It is criminal neglect and abuse to deprive children of the love affection and guidance of both parents equally. Any diminution of esteem of either parent forces the children to believe that parent is not as important as the other and so subconsciously treat them with less respect. Less respect means that the parental authority that a parent must have to be able to function is undermined and the child's welfare is endangered and their likely outcomes diminished. | Ireland |
| 51. | Mike and Carol Arbuckle | | Eldena, IL 61324 |
| 52. | Guy Lavigne | Same problems here in Canada | Hawkesbury, Ontar o, Canada |
| 53. | Ray R. Lautenschalger | It is time for this country to have the equal rights across the board for ALL people. | Akron, Ohio |
| 54. | Manfred Weber | Equal Parenting Group Society-"Chilren need BOTH Parents!" | North Vancouver, B.C.Canadad |
| 55. | David Millar | The corrosive and abusive nature of 'feminist' unconstitutional family 'law' is a global disgrace. | Vancouver, BC |
| 56. | Rosemary | This is exactly right the women get everything while leaving the men and their family to struggle. | Kansas City,Mo |
| 57. | Elizabeth Saunders | I am about to marry a non-custodial father, and I have seen first hand how much control is completely in the custodials hands. Especially if the custodial is a woman. We have the typical "Baby Momma Drama"... In every sense of the statement. This Drama and injustice needs to stop. More non custodials would be active in their child's lives if they were not financially forced to give what they | Alexandria, VA |

don't have and basically support a woman (for like 20yrs) who may deceived them in order to be in that situation in many cases.... It just isn't fair. BOTH parents should be EQUALLY held resposible for their irresponsibily.

| # | Name | Comment | Location |
|---|---|---|---|
| 58. | scott willey | we need a change in child support issues | citrus heights, ca |
| 59. | Eric Conley | | Hartville, Ohio |
| 60. | Todd Goodwin | Tired of being sued for more money | Ontario, California |
| 61. | Alice R Queen | | Ohio |
| 62. | Mark L Heckert | | Ohio |
| 63. | Robert Flom | | Little Canada, Mn |
| 64. | Anna R. Davis | | Orofino, Idaho |
| 65. | Jeffrey A Davis | | Orofino, Idaho |
| 66. | David Earl Sims | This Petition is Long Overdue | Colorado Springs, CO |
| 67. | Evelyn W. Sims | We need a system overhaul | Colorado Springs, CO |
| 68. | Kelley Holloway | I have a 2yr old daughter whom i love more than life itself. I havent seen her in almost 4mths because her mother will not allow me too. i am a firefighter in the metro area and a caring father who wants to be a part of my childs life but the system is not helping dads like me, who wants to be there for there children. i pay an outrageous amount of support plus medical, copays, etc. I really hope our leaders of this country will think of us and do something about this soon | carrollton ga |
| 69. | Dale Webster | | byesville, ohio |
| 70. | Donna S. Cormier | | Cullowhee NC |
| 71. | Candace Taylor | Amen, We need to stand up for our RIGHTS!! I am a stepmother and it breaks my heart for my husband to only see his son on standard visitation schedule. His X goes out of her way to only allow us to see my stepson on those specific dates. We need to demand EQUAL time. All fathers need to stand up and UNITE! | Strawberry, AR |
| 72. | Dianne Stens | | South Bend, IN |
| 73. | Sandy Cogdill | | Osceola, IN |
| 74. | Laura Grempel | I fully support this petition as a stepmom paying for a child who's not biologically mine. | Reno, NV |
| 75. | Clay Grempel | My ex knows exactly how to live off the system. She hasn't worked in 4 years, just collected welfare. Now she's prego again and living with a poor sucker who can afford to pay for a family, as well as two new cars, a nice house, etc. My wife and I can't even afford our own apartment because my ex thinks she wants to be a stay-at-home mom and live off someone else's money. | Reno, NV |
| 76. | Nicole Hallman | | Powder Springs, Georgia |
| 77. | Russell Boothroyd | | Exeter, RI 02822 |
| 78. | Jay D Bowen | | bountiful, Utah |
| 79. | Dominique Bezila | | Tucson AZ |
| 80. | DARLENE A. PRUITT | It's time to let the Fathers be MORE than just a PAYCHECK!! These woman should be ashamed of themselves. They make me | Taylor, MI |

| # | Name | Comment | Location |
|---|---|---|---|
| 81. | Lesley L. Tzimenatos | SICK! | Dallas, Georgia |
| 82. | Harold L. Mcabee | | Easley, South Carolina |
| 83. | Robert J. Tzimenatos | non-custodial parent victimized by the system | Dallas, Georgia |
| 84. | michelle williams | | lexington, michigan |
| 85. | Victoria Swann | Have never gone through this myself, but have seen it happen to countless loving fathers. | Tolar, Tx |
| 86. | Kurt | I feel obligated to bring up a major benifit to the parent with "primary placement, which is probably largely unknown to non-custodial parents. That is in the area of insurance and the cost of the premiums. In my case, both parents are responsible for half of all medical expenses for the children including the premiums, which are generaly the greater expense. The parent who could supply the lpolicy with less expensive premiums would do so. I could ,so I held the policy and I would receive half of the premiums (about $200.00 per month) from my ex. That is until I remarried and had children with my new partner. Since I would have to supply my new children with a family policy anyway, the ex is no longer obligation to pay; not only advantaging them $2400.00 per year, without me being credited for it, but dis-advantaging me that $2400.00 per year. Something seems wrong here. Am I missing something? | Madison, Wisconsin |
| 87. | James Gruszka | Men have no rights like women do | Cleveland, Ohio |
| 88. | rodney stanton | | bennettsville sc |
| 89. | Donald W Rohrbaugh | A father in poverty is not the answer... | Winchester VA |
| 90. | Kristina J McNeill | I feel just like the woman who wrote this, except i am the one fighting for my children | Sunbury, PA |
| 91. | Kim McCool | | alpharetta, ga |
| 92. | Derek MCool | | alpharetta, ga |
| 93. | Ron Graziano | | elmhurst, il |
| 94. | Tricia Graziano | | elmhurst, il |
| 95. | ron graziano jr. | | berwyn, il |
| 96. | Christopher V. King | Confronted with near bankruptcy as a result of these and many other violations of my Constitutional Right and Unfair tax burden I couldn't be more in agreement with this petition. | Sinking Spring, PA |
| 97. | Renee | The system is severely broken. It is time for GOOD fathers to finally have equality and fairness, and the people that need to be punished are the ones abusing the system in the name of the children. | Spokane, Wa |
| 98. | Bill Fowlie | | Harmony, Maine |
| 99. | Shelly Dressel | | Fremont, CA |
| 100. | Fiona Blom | | Syracuse NY |
| 101. | Jerry and Tina | | Prophetstown, IL |

| # | Name | Comment | Location |
|---|---|---|---|
| 102. | Mekeel Sherry J Shelton | | Chesapeake, Va |
| 103. | Thomas J Apostolico | I can barely survive. | Chesapeake, Va |
| 104. | Mariann Wood | | Bertram, TX |
| 105. | Nat Wood | STOP punishing fathers who PAY their child support. The Child Support laws NEED to change! | Bertram, TX |
| 106. | Candace Malone | I am the non-custodial who cannot afford a roof over my head because I have to pay 300.00 a month to a father who makes 60+ a year and I make min. wage. I am always struggling and he does not even need my money. He says he takes it to punish me for leaving the abusive relationship. | Austin, TX |
| 107. | Gloria Perez | Mr. Bush, my husband and Ex wife had psychological evaluations, home evaluations and a Gardian Ad Litem for the child. All 3 experts sided that my husband should have extended visitation with his child because he was a fit parent. The judge did not change the visitation schedule. What is the point in following all of the state guidelines relating to custody and visitation, if in the end, some judge that doesn't know him from her decides whatever he feels like and does not take experts reports and recommendations. | Florida |
| 108. | Doug & Shauna Powell | I would like to see something done about mothers who choose to be "stay at home mom's" and therefore provide $0 support for their child. I also do not think it's fair or equitable to give no tax credits to non-custodial parents who have so much of their incomes seized by custodial parents who choose not to work. Custodial parents have just as much obligation to support their children as non-custodial parents. | Provo, UT |
| 109. | Hayley Senger | The non-custodial parent is punished enough by only being able to see his/her child 4 days a month, but then to add on the the punitive amount of money they are sending each month and not being able to support themselves because of that is a true unjustice to these children. I am sure they would much rather spend time with their parent, then have them send an astronomical amount of money to the other parent over their childhood, most of which they will probably never see or know about. | Eagan, MN |
| 110. | Elizabeth Williams | | Des Moines, Iowa |
| 111. | Andrea J Dowd | | Framingham, MA |
| 112. | Jessica King | Reform is needed so badly | Houston, TX |
| 113. | Christine Steighner | Please give my husband the rights he deserves. Lord knows he PAYS for it every two weeks and never sees the fruits of his labor. | Ford City, PA |
| 114. | Gordon Steighner | Its time for those of us who struggle to maintain a limited relationship with our children. | Ford City, PA |
| 115. | William Rainier | Even Murderer's get DUE PROCESS !! | Seattle, Wa. |
| 116. | Timothy Hague | My son is 1500 miles away from me now. | Chicago, IL |
| 117. | Chad Kennedy | | Troy, Ohio |
| 118. | Donald C. Hubin | We must end the system that routinely deprives children of one | Columbus, Ohio |

| | | | |
|---|---|---|---|
| 119. | Jeffrey B deRegnier | loving parent. Changes to this system are long overdue! | St. Paul, MN |
| 120. | Michael Floro | The "family" law system we currently is abusive and evil. The only people who benefit from this SCAM are lawyers, judges, social workers, psychatrists, and others in the divorce industry. It destroys fathers and their children. REFORM is needed NOW!! | Whitestone, NY |
| 121. | Andrea Laack | Child support laws have only one purpose--to increase the federal incentives received by the state. Combine this with the discrimination and total disregard of the Constitutional shown by the family court system and the US is left with a situation whereby noncustodial parents are treated as bad as Sadam Hussein treated his citizens. | Waukesha, WI |
| 122. | Thomas A. Lessman | It is time to "do away with" the present parental apartheid system and bring EQUAL PARENTING to families. Children NEED BOTH PARENTS! | Topeka, KS |
| 123. | Lisa Maree Whitworth | Tired of not being able to make ends meet | Excelsior Springs Missouri 64024 |
| 124. | Scott Andrew Whitworth | Trying to live again | Excelsior Springs Missouri 64024 |
| 125. | James Swarm | Â | Hinckley, Ohio |
| 126. | Ann | | CA |
| 127. | Gregory Romeo | "Never befriend the oppressed unless you are prepared to take on the oppressor." Ogden Nash.... I am befriending hundreds of thousands of the oppressed people of this nation..... www.MillionDadsMarch.org | Tulsa, Oklahoma |
| 128. | Joseph Budd | Amen! | Rapid City, South Dakota |
| 129. | Brad | So called "child support" is involentary servitude, a form of slavery, and violates Amendment XIII. It is an unmittigated disaster for millions and millions of families and children. | Albuquerque, NM |
| 130. | Sean Hogan | | PA |
| 131. | Jim Valentine | | Bountiful, UT |
| 132. | Stephen Tittle | | Mesa, Arizona |
| 133. | Jacob Sell | The family must be preserved at all costs. Reform is needed now. | Minonk, Illinois 61760 |
| 134. | Shelby Chalus/White | | Ottawa, IL |
| 135. | Laura Gould | | Post Falls, Idaho |
| 136. | Ted Bork | | Venice, FL |
| 137. | Melanie B. Kratochvil | | Lilburn, GA |
| 138. | Pam Franco | | Lilburn, GA 30047 |
| 139. | Sherrill Kay Williams | 'Some' of the men get 'screwed', ex wives laugh | Las Vegas, Nevada 89121 |
| 140. | Regina Presswood | | Lawrenceville, GA |
| 141. | scott frank | | YOUNGSVILLE, LA |

| # | Name | Comment | Location |
|---|---|---|---|
| 142. | Sherrie Williams | using their child support to pay boyfriends child support | Las Vegas Nv 89121 |
| 143. | Charles Burt | | Streator, Illinois |
| 144. | Renee Patton | | West Jordan, Utah |
| 145. | William Patton | | West Jordan, Ut |
| 146. | Jared T. Sell | i am a soldier in iraq right now. the mother of my unborn child decided not to wait for me while i am gone. i feel this petition is important for changes to be made for i may rely on such rights as a father. | compton,il |
| 147. | Geary J. Aldrich | If the destruction of the family unit is allowed to continue, the destruction of our society and nation is assured | Benicia, California |
| 148. | Debbie Thurston | | Melber Kentucky |
| 149. | Evlyn M. Aldrich | | California |
| 150. | William H. Patton | save us | West Jordan, UT |
| 151. | Edwin Todd Hicks | My wife divorced me because she was told that she would receive child support for 18 years , therefore making no attempt ,ie; counseling to save a very young marriage with a very young baby. My wife divorced me , NOT my daughter. I wish to be a FULL-TIME FATHER, not a PART-TIME FATHER. Please help us fathers who truly adore our children but have been denied time with them, through no fault of our own , and in the processed been forced into near poverty levels., | Jacksonville Beach, Florida |
| 152. | Robert Bergeron | | Lake Charles, La. |
| 153. | John A. Gabor | KIDS NEED DADS | Virginia Beach, Virginia |
| 154. | David Dolinar | The best parent is both Parents | Virginia Beach, Virginia |
| 155. | John Weaver | | Phoenix, Arizona |
| 156. | Steve Cloer | | Norcross, Ga. 33092 |
| 157. | FAPT | Visit www.fapt.org | Atlanta, Ga. |
| 158. | Marie R. Figurate | | Anaheim, CA |
| 159. | Fredrick A. Hawkins | Federal presumptive equal custody law is required, with states loosing federal grants related to child support collection if they do not comply in substantially 100% of custody cases | Gainesville, Virginia |
| 160. | Nathanial David Hunt | Fathers are not insignificant. Our children deserve both parents! | Tampa, Florida |
| 161. | Richard Figurate | | Anaheim, CA |
| 162. | Dana Hunt | | Tampa,FL |
| 163. | Lionel Richards | Children NEED BOTH Parents. Shared Parenting Makes Sense, Sole Custody Promotes Child Abuse | Fremantle, WA |
| 164. | Ed Ward | Please sign the Constitutional Rights Petition, http://www.petitiononline.com/RitesABC/petition.html . Hunger Strike for Justice supports this petition. edward19@cox.net | New Orleans |
| 165. | Darryl Morgan | Domestic terrorism (family law) is destroying countless lives in this country and needs to be stopped. | Sandston, Virginia |
| 166. | DAVID MORTIMER | Supporting the resident parent makes us all victims in the end. | milton keynes |
| 167. | w, arnold taplin | give back our consitutional rights taken by judges | smithfield, va |
| 168. | Cathryn Ropson | Please help fathers be the fathers they want to be. Make child | Aurora, IL |

support a physical attribute and not a financial one.

| # | Name | Comment | Location |
|---|---|---|---|
| 169. | A. Herron | | Neptune Beach, Florida |
| 170. | Jennifer Steinberg | | Clearwater, FL |
| 171. | Julie Batson | I am President of Georgians for Family Law Reform | Atlanta GA |
| 172. | Ben Burke | My constitutional right as a father was denied | Ooltewah, Tennessee 37363 |
| 173. | Andrew Sokol | | Alpharetta, GA |
| 174. | John Harlow | | Brooklyn, NY |
| 175. | Murray Steinberg | | Mechanicsville, VA |
| 176. | Matthew R. Dawson | | Dayton, Ohio |
| 177. | richard flood | | alto ga. |
| 178. | Stephanie Torres | | Kennesaw, GA |
| 179. | Tony A. McKinney | | Gainesville, GA |
| 180. | David Dunn | | Waco, Texas |
| 181. | John Stamat | | Gerrardstown, WV |
| 182. | Gilbert Key | Father's are parents too! | LaGrange, Georgia |
| 183. | MARK WILMOT | i'm a father of 2 children, 1 is legitamated and 1 is not. never had parental rights stripped but still not allowed to visit either one. but i still pay child support. we all need help on this one | jonesboro, ga |
| 184. | Louis Peters | I'm a father who is delighted to have the privilege and duty to love and provide for my daughter. If only the "Family" court system of Georgia recognized my rights. I'm a father, not a wallet and a visitor. | Norcross, GA |
| 185. | Debbie Hood | | Vinemont, AL |
| 186. | Don Delaney | | St. Petersburg, Fl |
| 187. | Anna Dillon | | Stanton, CA |
| 188. | Robert Jewett | | Georgia |
| 189. | George S. Easton | | Atlanta, GA |
| 190. | Joseph Cordova | | Decatur, Georgia |
| 191. | Paul C. Tauzin | I thought the article was describing me. I love my country, it is my government that is out of control. | Atlanta, Georgia |
| 192. | Cynthia A. Helton | I am a Stepmom. The court system has left me, my husband and our 2 children together living in poverty while the ex-wife and my stepdaughter's live the good life. | Villa Ridge, Illinois |
| 193. | Dean B. Goddard | I sign this petition for all the decent men and loving fathers that have been abused by an uncaring, incompetent family court system | Millbrook, New York |
| 194. | Albert E. Wright, III | I pray that God will hear our cry for no one else seems too. | Atlanta, GA |
| 195. | Charles R. Hamblin | | Jacksonville, FL. |
| 196. | Michael F. Smetanko | | Streator, IL |
| 197. | JoAnn Lynch | PLEASE HELP | Jacksonville, Florida 32256 |

| # | Name | Comment | Location |
|---|------|---------|----------|
| 198. | Larry J. David | | Hammond, Louisiana |
| 199. | Brian Baskette | | Marietta, GA |
| 200. | Christopher F. Davis | | Atlanta, Georgia |
| 201. | Melissa Mull | | Apple Valley |
| 202. | Robert Frazier | Joint custody should be the rule unless proven unfit. | Alpharetta Ga. |
| 203. | mark berends | !!!!!! | sterling va |
| 204. | Donna Treece-Rouse | Help us see our children | Round Rock, Texas |
| 205. | Charles W. Sims | | Macon, Georgia |
| 206. | Robert Cramer | Registered Republican | Damascus, Md |
| 207. | Brandy Rider-Cramer | Please help | Damascus, Md |
| 208. | Michael C McSherry | | Portland, Oregon |
| 209. | Micheal G Roscoe | Tonight is the last time I put my child to sleep in my own home. Today I celebrated my sons fifth Birthday (two days early). I organized the party, coordinated the invites, cake, balloons, activities... After building a family here, the custodial parent, is moving him to Colorado tomorrow. As a non custodial parent, with 42% of the time spent with my son, he and his welfare are being risked, so she can remarry the guy she cheated with from Colorado. I did not file earlier, due to her instability, and fear of flee. This was the 3rd time in 18 months she was engaged. I filed an emergency order for custody until this could be resolved, and it got tossed out. The soonest I will be heard is 6 months from now. Tomorrow I lose the right to care for him when he is sick, to walk to the park with him, to be his soccer coach, to read stories, to be there on the first day of school, to help with homework, or just laugh together. She certainly is not a victim, nor am I, but my son Nicholas is the real victim. | Narberth, Pennsylvania |
| 210. | C. Hagan Freeman | | Boca raton, FL |
| 211. | Keith Renz | | Woodstock, GA |
| 212. | Claude Memma | We Fathers Worldwide Have Had Enough - No More Discrimination - We Will Take Affirmative Action If No Remedy Offered Soon - Fathers Of Australia | Adelaide. South Australia |
| 213. | Ronald Strickland 1SG USA RETIRED | | Tennessee Ridge, Tenn. 37178 |
| 214. | John W Jackson Jr | | Bossier City, LA |
| 215. | Matthew J. Owens | | Marietta, Georgia |
| 217. | daniel frazier | Being a father still fighting the bias in our judicial system, hopefully this petition with be afforded the attention it deserves justice and fairness to keep dad's seeing therir kids solvent and able to not work weekends to even exercise visitation at all. | Somersworth, NH |
| 218. | peter summers | | duluth ga |
| 219. | Steven H. | | Monroe, GA |

|  |  |  |  |
|---|---|---|---|
|  | Laughlin |  |  |
| 220. | Allan Slmmons |  | NY,NY |
| 221. | Holly Reece Nappi |  | Buchanan, GA 30113 |
| 222. | Richard G. Leeds |  | Marietta, Georgia |
| 223. | Arthur M. Mikowski | Proud Father | Babylon,NY |
| 224. | Chrstioher Harvey |  | melville,ny |
| 225. | Walter Scott Eslinger |  | Beaumont, Texas |
| 226. | Linda Stetson | This unequal treatment of fathers must stop. | Woodstock, GA |
| 227. | Jeff Adams | My children need to see their father more! | Cumming, GA |
| 228. | Regina R. Nicholson | I am a SBF with no kids but have family and friends dealing with this issue. Women speak out for all injustice! | Marietta, Georgia |
| 229. | Michael Menard | Child support should be for supporting children, not ex-spouses. One should be able to ensure that support goes to the child. | Worcester, MA |
| 230. | stephen guittard |  | san jose ca |
| 231. | Jeffrey D. Hutton |  | Luck WI |
| 232. | Shelly P. Kerek | We have been trying to get equal time with my husbands 6 and 11 year old now for the past 3 1/2 years. He is just as much their parent as their mother is and he and they miss each other so much. | St. Amant, La 70774 |
| 233. | JEFF DIXON |  | GEORGIA |
| 234. | Kevin Rouse |  | Texas |
| 235. | Amy Mikowski |  | New Hyde Park,NY |
| 236. | Stanley Head |  | Acworth, GA |
| 237. | hendrik d taylor | almost homeless from garnashment of wages no visatation rights | port charlotte fl. |
| 238. | John Holcomb | There needs to be change, both parents are equally responsible for their children. Children should not automatically go to the mother. | Stone mountain , GA 30087 |
| 239. | christopher davis |  | Maryland Heights, MO |
| 240. | Kathleen Mikowski |  | New Hyde Park, NY |
| 241. | Jonathan Schneider | Family courts do not uphold the law, rather they create it in their own subjectivity. | Independence, Missouri |
| 242. | Sandra V. Finkelman |  | Massapequa, NY |
| 243. | A J Mitchell Jr |  | Flowery Branch, GA |
| 244. | Michael Bodt |  | Deer Park New York |
| 245. | Eugene R. Campbell Jr. |  | Aurora, IL |
| 246. | Catherine Arremann |  | Jacksonvillie, IL |
| 247. | Dennis M. Gac |  | Woodinville, Washington |
| 248. | Sofian D. Dandashi |  | Corbin, KY |
| 249. | Alexander Peniazev |  | Sydney, NSW Australia |

| # | Name | Comment | Location |
|---|------|---------|----------|
| 250. | Patrick McDermott | Fathers deserve more rights | Levittown, NY |
| 251. | E. Shane LaPann | | Conyers, Ga. 30013 |
| 252. | Elizabeth Pellechi | | Franklin Square, NY |
| 253. | Kevin Mackinnon | | Norcross, GA |
| 254. | Adriene Neal | | Duluth, GA |
| 255. | Susan K. Cox | | Klamath Falls, OR |
| 256. | Louise McGowan | | Rossville, Ga |
| 257. | Robert Wenck | | Eagan, MN |
| 258. | charles hurd | | mankato, mn 56001 |
| 259. | Timothy C. Kinley | | Maplewood, MN |
| 260. | Tessa Strickland | I am a victim of a custody case, and I must say that would have grown up alot easier having both parents around ( equal times). This causes alot of high school drop outs. Tennessee (18) | Tennessee Ridge, Tenn. 37178 |
| 261. | Ignacio Jack Burcie, Jr. | Should be made federal acroos the nation | Arlington, Texas 76018 |
| 262. | Penny Nobles | | Austin, TX |
| 263. | Jamil Jabr | | St. Paul, MN |
| 264. | Lee Surma | As a Republican you should be stunned by the anti-family effects of family law in this country. Mother's routinely push fathers out of the children's lives to achieve sole custody to win the lottery like awards of the child support guidelines. Children are becoming effectively fatherless every day because of the social engineering going on in the family courts throughout this country. Federal laws encourage this morally reprehensible behavior at the state level. You are promoting corruption at the state level because you financially reward increases in child support payments. The very same people who benefit from these federal payments are sitting on committees that influence state law. It's a total conflict of interest and they don't care about the children. This problem is very real. You just don't hear much about it from the liberal press. DO SOMETHING! HELP! We're literally dying out here. | Maple Grove, MN |
| 265. | daren nelson | | Vancouver, Washington |
| 266. | Bill Goetzman | Do for families | St. Amant, La |
| 267. | Ann P. Goetzman | PLEASE Both Parents & children need this | Saint Amant |
| 268. | Darryl Goetzman | Both Parents & children need this | Saint Amant |
| 269. | Reba Wheeler | | Prairieville, LA 70769 |
| 270. | Mr and Mrs JT Purnell | in agreement 100 with this petition | Pryor Oklahoma |
| 271. | Chip Spradley | | East Point, GA |
| 272. | Herbert F Castle | For my son, and that of my ex's children that I hold close to my heart. | Medford Minnesota |
| 273. | Roanld J. Giroir, Jr. | equal rights, huh? | Gonales, LA |
| 274. | Jeff Wangen | I would like a fair shake | Albert Lea |
| 275. | Denise Riley | | Lutcher, LA |

| # | Name | Comment | Location |
|---|---|---|---|
| 276. | Dean Riley | | St. Amant, LA |
| 277. | Wayne Lewis | | Pryor, Ok. 74362 |
| 278. | Christine Mikowski | I agree with this petition to the tee, I've seen it happen and it's not fair to the great fathers out there. | New Hyde Park, New York |
| 279. | beth frey | | baton rouge, La |
| 280. | Doug Johnson | | Medford, MN |
| 281. | Trent & Meghan Lawrence | | Columbia City, Indiana |
| 282. | Liz Leveron | This is a must! | St. Amant, Louisiana |
| 283. | Johnny Leveron | | St. Amant, Louisiana |
| 284. | Douglas Branchaud | | detroit Lakes, Mn. |
| 285. | Tasha | | Gonzales, LA |
| 286. | Michael D. Flynn | | Virginia Beach, VA |
| 287. | Robert G. Lasheff | For Elizabeth and Abigail | Waukegan Illinois 60085 |
| 288. | KIM KEREK | | sorrento, la., |
| 289. | Jim Houser | | Humboldt, SD |
| 290. | Tammy Johnson | | Gettysburg, SD |
| 291. | Robert Fuller | | Vermillion SD |
| 292. | Bruce Burman | | Fargo, ND |
| 293. | Guy Peterson | | Fedora, South Dakota |
| 294. | Amy Stratton | | Wahpeton, ND |
| 295. | Todd Blyton | | Hudson, WI |
| 296. | Dan Diebolt | | Ann Arbor, MI |
| 297. | Melissa Conway | | Champlin, MN |
| 298. | Keith McLeod | | Virginia |
| 299. | jamie monfort | | melville, new york |
| 300. | David C. Yancy | I'm living proof. | Cartersville, Ga. 30120 |
| 301. | Gina Baudoin | | Baton Rouge LA |
| 302. | Robert D. Hollier | Good fathers are out there, just like myself, who want to SHARE in the costs, reponsibilities, rewards, and positives of being a parent. Thank goodness for daycare expenses which, in most cases until the child(ren) can stay on their own, use up most of the child support given to the custodial parent. The free awarding of child support to fiscally out of control custodial parents does nothing but give them a tax free source of income to be used at their full and total discretion. Kudos to my legal team for getting me a very restrictive residency restriction, an alternating dependency exemption, and an almost 60 physical prescence in my son's life | Houston, Texas |
| 303. | Michael E. Lynott | | Hawarden, Iowa |
| 304. | Timothy J. Bird | | Lamberton, MN |
| 305. | James Robert Moore | I'll remember when it comes time to vote | Costa Mesa California |
| 306. | Sean Hogan | | York, Pa |
| 307. | Walton J Barnes | Fatherhood equals exposure to the Child | Amite, La |

III

| # | Name | Comment | Location |
|---|------|---------|----------|
| 308. | Rosalie Nguyen | | Illinois |
| 309. | Aziza Hossain | 100 percent agree, we need a change | Harvard, IL |
| 310. | John Gasper | For Katie & Taylor | Pontiac, Illinois |
| 311. | Rhonda Wellman | God Help NCPs | Chesapeake, VA |
| 312. | Thomas Wellman | CS guidelines are unfair. We need justice. | Chesapeake, VA |
| 313. | Anthony Arceneaux | | Scott, La. |
| 314. | Lorie C. Bercegeay | It isn't the laws, it is the judges and attorneys who need to change. | Gonzales, LA |
| 315. | Shawn P. Van Winkle | | Waseca, MN |
| 316. | Teddi White | | Cushing, Oklahoma |
| 317. | Jerry and Tina Mekeel | | Prophetstown, IL |
| 318. | Jade Timmons | A stepmother living for all of her children step and bio alike. | Lockhart, TX |
| 319. | C. Surprenant | | Cairo NE |
| 320. | Melissa Knowles | | Lynchburg, VA |
| 321. | Wayne Davis | | Jacksonville, FL |
| 322. | Holly Davis | | Jacksonville, FL |
| 323. | Karen M. Bohman | | Palisades Park, NJ |
| 324. | William Bassett | | Prince Frederick, MD |
| 325. | Danielle Sheehan | | Ridgefield, CT |
| 326. | Michael Morris | | Birmingham, Alabama |
| 327. | Richard C. Johnstone | | Columbia, MD |
| 328. | Stacey Hayes | | Birmingham, AL |
| 329. | John Hayes | | Birmingham, AL |
| 330. | Fred D. Jones | It's time to make a change! | Marietta, GA 30067 |
| 331. | Amy J. Mileham | As the wife of a non custodial parent, I am disgusted with the way fathers are treated and punished. Children should be able to have both their parents and there needs to be more justice for good, hard working, loving fathers that just want to be with their kids. | Mt Zion, IL |
| 332. | Lorraine Nuccio | | Warren, MI |
| 333. | Debbie Evans | | Grand Prairie, Texas |
| 334. | Kirstin Sersland Beach | Dads have a Constitutionally protected right to parent their children that is routinely ignored and mocked by family court judges around the country. | St. Paul, MN |
| 335. | Beth Cieszynski | | Manteno, IL |
| 336. | Jennifer VanDorn Plugh | | Doylestown, PA |
| 337. | Rhonda D. McLarrin | | Houston, Texas |
| 338. | Lori Chalupa | | Iowa |
| 339. | Julianna Wolfley | | Salt Lake City, Utah |
| 340. | Molly C. Zahn | | Oxford, OH |