| 341. | Scot Zahn | I am a non-custodial parent paying CS. I would not be able to afford to live if I were not remarried. | Oxford, OH |
| 342. | Charles Hall | | Tulia Texas |
| 343. | Karenan Snyder | We lived in poverty for six years due to family courts bias against my husband. | South Lyon, MI |
| 344. | Mariann Wood | | Bertram, TX |
| 345. | Shelia L. Hurley | I am a joint custodial mother and non-custodial stepmother who believes father's should have far more access to their children!! | Bloomingdale, Ga. |
| 346. | Loriann F. Grieco | | Gloucest Twp., NJ |
| 347. | Jennifer Holstein | | Summerville, SC |
| 348. | Chrissi Grosso | | Middletown, NJ |
| 349. | John E. Hurley | I am a non-custodial father. I currently see my children only 4 days a month and 2 weeks in the summer. And, every other major holiday. I have not, in 7 years, spent a birthday with either of my daughters. Their mother won't allow it. I do not see them on my birthday. No phone calls are received either. I currently pay child support base on my total GROSS self-employment income. NOT my schedule C which is used for all other income purposes....but, the total gross sales and receipts are being used to calculate child support. I am not allowed to claim the money or deduct the money in any form on my taxes. Yet, my ex wife gets the money free and clear. No taxes paid on it. She gets child support and both child tax deductions for our children. HMMMM.....sounds so just. My wife and I plan to base our next votes both at the Presidential level and state level on what changes are made in the coming years. | Bloomingdale, Ga |
| 350. | Summer Severt | | Las Vegas, NV |
| 351. | Shelly Smith | | Abilene, Texas |
| 352. | April Walton | | Mertztown, PA |
| 353. | Robert Snyder | | Canton, Michigan |
| 354. | Jeffrey Colbert | | Oklahoma City, Oklahoma |
| 355. | Scott Hills | Election 2004 is just 462 days away!! | St. Clair Shores, Michigan |
| 356. | Laura Provenza | | San Jose, CA |
| 357. | Crystal McMahan | I am a wife of a non custodial parent and I am furious at how the law does nothing to protect my husband and his rights as a father. He as well as all of our family are denied contact due to the wifes choosing to stay on the run. The courts do not care as long as the support keeps coming. I have always said it is not about the children but the money. I will also say that we have spent numerous amounts of time at the court house having to go over the accounting of our support where credits was not given. We have had pay intercepted when it was an accounting error . With no appologies. The court automatically assumes that the Dads are guilty and there | Anderson, In |

|  |  | hands are tide and have no money to get any help. I can say me and my family are ready for this game to end! |  |
|---|---|---|---|
| 358. | Ronald hensley | These are the reasons I am in Federal Court CIV 03-870 R change this ridiculous injustice before its too late | Oklahoma City, OK |
| 359. | jimmie dodson | | tryon, ok 74875 |
| 360. | Jackie Carris | | Ripley, Ny |
| 361. | Rick Disheroon | | Reno, NV |
| 362. | Tricia L. Brownell | I completely agree it is time for change! | Greenville NH |
| 363. | Christopher S. Tucker | I am NOT a dead beat dad, and pay my child support regularly only to see my daughter 4 days a month. This isn't fair. But as others have stated, it costs so much money to battle it out in court it deters fathers from fighting something that's only a "maybe." We deserve to have the time and loving bond custodial parents share with our own children. | Greenville NH |
| 364. | Shaun Kenny | | Camarillo, CA |
| 365. | Brook Busey | | Minneapolis, MN |
| 366. | Regina Mundell | | Killeen TX |
| 367. | John Mundell | | Killeen Tx |
| 368. | Lyn Anderson | Many NCP have been abused by the system over and over until they finally give up the one thing that matters to them, their children. | Lyn Anderson |
| 369. | David K Anderson | I am a NCP and monthly my ex threatens to keep my daughter from me for arbitrary reasons and demands more CS every time she finds out I have bought something for my other child. It is ridiculuous considering she makes $10 more an hour than I do! But my share of CS is higher? How's that? | David Anderson |
| 370. | Mark Jacobs | | Harrison, MI |
| 371. | Michele Weathermon | | Stephenville,Tx |
| 372. | Jennifer H Bishop | | Reno, Nevada |
| 373. | Wayne Sausmer | | cooper city, Fl. |
| 374. | Carol Ankney | | Attleboro, MA |
| 375. | Cosmo J Scalesci | | Lake Katrine, New York |
| 376. | Crystal Scalesci | We need change! Let's hold mothers accountable for their fair share of the cost of raising their children!!! | Lake Katrine, New York |
| 377. | Carrie Schuman | I agree 100%! Stop punishing good fathers! | Seattle, WA USA |
| 378. | James Taylor | | Orlando, FL |
| 379. | Jennifer Hughey | | Barrington, IL |
| 380. | Chris Coffell | | Palm Springs, Florida |
| 381. | Danielle Coffell | | Palm Springs, Florida |
| 382. | Steven Tomisser | | Tacoma, WA |
| 383. | Vincent Cordi | | Sparks, Nevada |
| 384. | Raina Payne | The opportunity to be rasied by both parents equally is important to the welfare of our children - our future. | Portland, OR |
| 385. | Terry Graff | | Dilworth, MN |
| 386. | Jennifer Kelly | | Westland, MI |

| | | | |
|---|---|---|---|
| 387. | brandon | | philly, pa |
| 388. | Megan Fisk | | NY |
| 389. | Fred R Wilson | | Reno, NV 89503 |
| 390. | Holly Gordon | PLEASE HELP!! | Lisle, IL |
| 391. | Christopher Lundgren | | Lisle, IL |
| 392. | Holly Lundgren | I am a stepmother paying support to a woman who uses my (and my husband's) hard earned money to party, and NOT on the children. When did custodial parents get to drop all responsibility in contributing to a child's upbringing, and when did non-custodial parents turn into ATM's?? The whole system sickens me. | Lisle, IL |
| 393. | Matt Fahey | | Maryland |
| 394. | Michael Snyder | | South lyon, MI |
| 395. | ian eastwood | | minneapolis mn |
| 396. | Forrest D. Ferris | | Janesville, Wisconsin |
| 397. | Patrick Thomas | | Charlotte, NC |
| 398. | jeffrey erbs | | chippewa falls wi |
| 399. | vciki caison | | willard, ohio |
| 400. | Jason Gasper | I am a non-custodial parent,my ex gets the kids ,most of my money,and she lives four states away,i dont get to see them only a couple of weeks out of a year ,if i am lucky.and she will not get a job,she lives off the state and her family.i think in a case like this the kids should be awarded to the parent that could provide stubility,and set a good example for there kids.and i would let the mother have plenty of bonding time with my three kids. The father should not automaticaly be assumed the bad parent! Things Need To Change!! | Grimsley,Tennessee |
| 401. | Chris White | | Cushing, Oklahoma |
| 402. | Brian Keys | | Cushing, Oklahoma |
| 403. | Timothy M. Dineen | | Milwaukee, Wisconsin |
| 404. | William M. Perrella | I am especially concerned about mt teenage daughter having to grow up in this awful environment. | Bellevue, WA 98006 |
| 405. | Jerome J. Hines | | Bogalusa, La. |
| 406. | Sherry Hatfield | | Louisville, KY |
| 407. | Wendy J. Robinson | | Wichita, KS |
| 408. | Mike Hatfield | | Louisville, KY |
| 409. | Fernando Ourique | | Central California |
| 410. | Rhonda Cheaney | Children need two involved parents, not a money tree and sponge. | Boulder, CO |
| 411. | Troy Cheaney | | Boulder, CO |
| 412. | Kevin Stoelting | | Naperville, IL |
| 413. | Martin & Yvette Sanpaka | | Appleton, Wisconsin |
| 414. | Edward Mrozek, Jr. | | Apex, NC |

| | | | |
|---|---|---|---|
| 415. | Melissa Savoy | | Gonzales, LA |
| 416. | Lindy Reimer | | Boscobel, WI |
| 417. | Dottie Britt | | Vidor, Texas |
| 418. | Erica | | Rockingham, NC |
| 419. | Paul J Neve | | Mauston,Wi |
| 420. | Ken Kludt | I do not agree with every word of this.. but with the general message. And if we do not make changes, there will be more suicides, murder, and addiction by men and children who have problems. | Moorhead, Minnescta 56560 |
| 421. | Angela | | Green Bay, Wisconsin |
| 422. | Jenn Rogers | custodial parents need to be held accountable for their actions against the non custodial parents, but they are not and fathers and kids are the ones loosing | Everett WA |
| 423. | Ray Owens | | Columbus, Ohio |
| 424. | roberta sage mcmillin | SOMEONE NEEDS TO LISTEN)CHANGE THE WAY THE COURTS ARE ALLOWING AND ENCOURAGING THE ABUSES OF THE RIGHTS OF FATHERS TO BE FATHERS)JOINT CUSTDY SHOULD BE A GIVEN UNLESS ONE PARENT IS PROVED TO BE UNFIT BOTH MAKING DECISIONS JUDGES SHOULD CARRY SHAME FOR WHAT THEY ALLOW AND (YES(ENCOURAGE DADDYS DESERVE EQUAL ACTIVE INVOLVEMENT AND WANT IT SHAME YOU ATTYS (JUDGES& MOMS GAIN FRM A LOPSIDED SYSTEM SHAME ON YOU | jacksonville il |
| 425. | Daniel Dale Durrence | | Rock Rapids, Iowa |
| 426. | Pete White | | Casper, WY |
| 427. | Peter Jeffers | Go to... http://www.nowrforisrael.com | Seattle, Wa ....SIGN the petition there .... |
| 428. | Deidre Hollins | | La Brea, Ca |
| 429. | Kim Jenner | Go to... http://www.whatreallyhappened.com | Kent, Wa |
| 430. | Jesica R. | | . |
| 431. | Jonathan Howse | Aren't reasons similar to these the reasons why revolutionary wars are fought? | Melbourne, FL |
| 432. | Jim Harris | | Wausau, Wis. |
| 433. | Rose M. Byrd | The non custodial parent is not allowed a healthy relationship with their children and the physical custodial parent haress the parent with false allegation and continues to harass other parent with court and fee's Hoe can a mother receiving support for children retain a 10,000.00 dollar retainer fee and the courts not look at her income from other sources??? | Plano TX |
| 434. | Samuel J. Byrd | Children Need both Parents we are divorced but I did not divorce my children they are forbidden to call or write me by their mother how can the courts allow this..... | Plano TX |
| 435. | Greg Chapman | Let's get this stuff fixed | Tulsa, Oklahoma |
| 436. | shirley d ray | Please help change our legal system. | alexandria Tn |

| 437. | jessica ray | | alexandria Tn |
| 438. | jamie ray | | alexandria Tn |
| 439. | Chris Gallup | Justice is needed | Sparta, WI |
| 440. | david ray | | alexandria Tn |
| 441. | Jessica King | | Houston, TX |
| 442. | Jason King | | Houston, TX |
| 443. | Melissa Barnett | | Orlando, Florida |
| 444. | Richard Barnett | | Orlando, Florida |
| 445. | Michael Beach | | Saint Paul, MN |
| 446. | Kimberly Barnett | | Orlando, Florida |
| 447. | Myranda Barnett | | Orlando, Florida |
| 448. | Richard Barnett, Jr | | Orlando, Florida |
| 449. | DR. WILLIAM GILLETTE | | RUNNING SPRINGS, CA 92382 |
| 450. | Sandra Skypek | | Conyers, Georgia |
| 451. | Julie Johnson | | St. Cloud, MN |
| 452. | Stephanie Jantzen | | Topeka, Ks |
| 453. | Sarah Connell | | Cold Lake, AB, Canada |
| 454. | Raquel Gonzalez | | Elizabeth, New Jersey |
| 455. | Anthony Hassan | | St Petersburg, FL |
| 456. | David A Sklair | Please do something! | Rochester, NY |
| 457. | Jim Constant | Please help our kids have both loving parents in their lives. | Rancho Santa Margarita, CA |
| 458. | Tim Perry | | Lee's Summit, MO |
| 459. | David T. Kelly | | qu |
| 460. | Eric Brown | True to the point | Stafford, VA |
| 461. | Charlie Larson | in addition without money to pay lawyers and courts fees truly good fathers can never be re-united with their children , this has got to CHANGE!! | Waterloo, Iowa 50707 |
| 462. | Cheryl Chase | | Key West, Florida |
| 463. | Cara L. Cole | I have supported my husband for 9 years through his custody battle for his son and all we have gotten out of it is more accusations and doubled child support and denied access to see his son without just cause, something needs to be done to make the playing field more level. | Ridgely, Maryland |
| 464. | Rodney Crosby | | Chalmette, LA |
| 465. | Erin Schmiedt | | San Antonio, Texas |
| 466. | Cary Galvin | | Chesapeake, VA |
| 467. | John Galvin | | Chesapeake, VA |
| 468. | Julie L. Brown | | Chugiak, Alaska |
| 469. | Lucy Rose | Custodial stepparent after a long hard battle. Biological mother is Debra Rose who kidnapped her oldest son in Aug. 2002. Our house was her next stop w/ a plan to kidnap the 2 children my husband and I have custody of. | Colorado Springs, CO |
| 470. | Somer Belcher | Something needs to be done to help these parents and the children! | Chesapeake, OH |
| 471. | Alicia Bonifay | | Pinellas Park, FL |

| | | |
|---|---|---|
| 472. | Kevin L. Anderson | Lakewood, WI |
| 473. | Shannon Wilson | I am a woman who receives child support and the system is completely unfair to the noncustodial parent. | Snellville, GA |
| 474. | Paul A Cotterman | Slavery abolished? Not for the noncustodial. | Buffalo, Mn |
| 475. | john | clark_w_griswold1@yahoo.com | okc,ok |
| 476. | Charles E. Corry, Ph.D., F.G.S.A. | Present policies are a triumph of ideology and propaganda over common sense. | Colorado Springs, Colorado |
| 477. | Michael S. Jenkins | I am a divorced non-custodial father and truly feel that the current trend in divorce situations is unfair | Key West, Florida |
| 478. | Carmela K. Castro | Thanks for giving me the opportunity to be apart of this! | Rio Rico, Arizona |
| 479. | Michael Stephens | | Mastic, NY |
| 480. | Kimberly Aaron | | Altamont, IL |
| 481. | Sean Aaron | | Altamont, IL |
| 482. | Sean Aaron | I have court ordered visitation w/ my son in DE, I have not not seen him in 6 yrs. His mother refuses visitation and there is basically nothing I can do about it. I have hired 2 attys and so far noone is able to help me. I have another daughter who is 6, I have not seen her in 2 yrs, her mother quit her job and moved to PA to be w/ her boyfriend. I have had no telephone contact w/ my daughter in almost a yr. Her mother said that I hurt her..(the mother)..when I remarried and that is why she hates me. My CS order is based on my income when I was working in MD 3 yrs ago. I moved to IL 3 yrs ago when I remarried taking a much lesser pay but to be happy w/ my new wife. Child Support WILL NOT modify my support ammt because they said I had IMPOVERTED myself by moving, but yet the mother of my daughter is able to up and move wherever she wants, and quit her job on top of that. CS is taking over 65% of my pay. I am a police officer and I am not making enought $ now for my new family to survive. | Altamont, IL |
| 483. | ronald D sully | | Lake Andes SD 57356 |
| 484. | M REAVES | | BOSTON , MA |
| 485. | Tracie W. Easterling | It is way past time for kids to stop losing their fathers through courts and vindictive ex-wives! | Leesville, LA |
| 486. | Allen D. Easterling | Non-custodial fathers are tired of being viewed as "sperm donors" and "bank accounts"! We want equal rights to our children! | Leesville, LA |
| 487. | Leroy P. Young Jr | Loving father looking for equal time to spend with children. | Gonzales,LA |
| 488. | Wilbur Streett | | Monmouth Junction, NJ |
| 489. | John Harbison | | Howell, MI |
| 490. | Joan T. Kloth | There are NCP's out there who have not seen their children in years because the ex refuses to comply with visitation orders. And there are ex's out there who have committed criminal acts related to the Divorce and are not even penalized. Time is of the essence as these fatherless children with often mild to severe social dysfunctional are ready to become independent adults. These are the next generation of children who will be running this country. If they cannot function in a normal family capacity, what kind of children | Southbury |

| | | | |
|---|---|---|---|
| | | do you think they will raise? We need to fix this broken system before it is too late for this country and the families. | |
| 491. | dave mortimer | men must help each other | Milton Keynes |
| 492. | Debra Wiese | What an Injustice. My Fiancee has not seen his daughters in 3 years and 8 months because his ex is intentionally Alienating the children from him. The court have done nothing about this. She makes me sick, how can she alienated the children from their father but still want his money. If he is not good enough for the children his money sure is not. Maybe all you fathers' who dont get to be fathers should stop paying child support. . If we sent this petition to all majot newspapers in the country and all fathers who are not able to be fathers should quit paying child support. What are they going to do lock everyone up. I think that would have a major impact on our so called (equal rights for both parents.) If this petition hit the news stands this country's family court system would fall about.. Then we need to get National Congress for Fathers and Children Rights, Fathers of America and every other organization to protect both parents | Taylor, MI |
| 493. | Steve Spicer | | Fort Myers Florida |
| 494. | Charles Hoisington | | Columbus, OH |
| 495. | Dan Veno | | Bowdoinham Maine |
| 496. | Knute Hall | I have experienced all that this petition describes, and it is accurate. | Minot, ND |
| 497. | Lisa Casler | | Sayre, PA |
| 498. | jonathan s brody | | new york, NY |
| 499. | Victoria Brown | | Riverview, MI |
| 500. | Mark Wetzel | The State of Ohio, County of Scioto has really violated my children's & my rights. | Rutledge, PA |
| 501. | Christine Bettis | | Roodhouse, IL |
| 502. | Alan Bettis | I work full time to pay child support to someone who does not work at all and lives off the state. I know that the money I provide for my daughter's care is not being spent on her at all. How can someone be allowed to live off of others and be a burden to the state and country? Please fix the system.. | Roodhouse, IL |
| 503. | cecil rhode | End this unfairness | Uk |
| 504. | Kathern Meador | | Riverside, Californa |
| 505. | Steve Cloer | What is happening to this country as a result of fatherlessness caused by the divorce industry is more terroristic than Sadam. Put your efforts into solving the problems within the shores of this country. Let fathers be fathers. | Norcross, Ga. |
| 506. | cathy bauer | Father need more rights then just providing a bank account for mothers. Both parents are needed in a childs life.. I am a victim of divoced parents myself and have strong beliefs my life would have been different if the court stsyem focused more of equal rights and not just what the moms say | Columbus, Ohio |
| 507. | kathie | i think all parents should have equal rights to children, there the | hampton,ga |

ones who pay. not the adults...

| | | |
|---|---|---|
| 508. | Richard Williams | Chesapeake, VA |
| 509. | Michael A. Galluzzo | St. Paris, Ohio |
| 510. | Scott Strohm | The divorce industry, not surprisingly, is in my experience incapable of or at best unwilling to do what is right. Too many receive too much profit with virtual immunity for very bad, child abusing, behavior. Would we ask the she-fox to treat the hens nicely and then trust her at her word? — Columbus, OH |
| 511. | Diane Connell | West Grove, PA |
| 512. | JOHN | A VICTIM OF THE SYSTEM — PHILADELPHIA, PA. |
| 513. | Cleve Clamp | Now let's get this fixed.... — Fairfax VA |
| 514. | William E. Bombard | P.O. Box 882 — Glens Falls, NY 128C1 |
| 515. | Thomas J Langenbach | White Bear Lake, MN |
| 516. | Larry Calihan | The Family Court and Domestic Violence Industry amounts to approximately $7Billion year. Many feed off this largess seeking to capitalize on the misery of others. Incentives to remain married need to be put into place and penalties instituted for those willing to destroy families, i.e., get divorces when the tough times hit, i.e., "poorer", "sickness", "worse" situation. Marriage is more about honor (keeping one's word) than mere personal hapiness. Let's remember the impact on children of divorce, families, friends, communities and our nation. This evil is contributing to the weakening of the fabric of our society. Frivolous and false claims of domestic violence are swallowed without any due process as a means to achieve power and leverage in family court. There are no enforced penalties on either the complaining party or his/her attorney. IF there were, restraining orders would drop by well over half. Anecdotal studies indicated the up to 80% are frivolous and are used to manipulate the system. — Sarasota, FL |
| 517. | Briana Ogletree | Columubs, GA |
| 518. | Roy Ogletree | Columbus, GA |
| 519. | Beckie Stadler | Newport, MN |
| 520. | Karl Harris | Port Washington, WI |
| 521. | Carolyn Fletcher | beaver, pa |
| 522. | Kacey Schock | AMEN!!!! — Miami, FL |
| 523. | Michael Schock | Miami, FL |
| 524. | Martin Gibb | This is critically needed in Canada and around the world! — Toronto, Ontario |
| 525. | Mark A. Schmetzer | Conyers, GA |
| 526. | Kevin KIlgallen | McDonough |
| 527. | Brenda Clark | Seale, Al 36875 |
| 528. | Tim Clark | Seale, Al 36875 |
| 529. | Terry Ogletree | Barnesville, GA |

| | | |
|---|---|---|
| 530. | Deborah B. Kelly | I am a NCP MOTHER/FEMALE please be equal | Rockledge, FL |
| 531. | Jay Shah | Fathers are parents and not simply a source of money | Islein, NJ |
| 532. | Rebecca Martyniak | Scioto County, OH is violating my step children's rights to see his paternal family. | Pitman, NJ |
| 533. | Joseph Weinstock | | Rolling Prairie, IN |
| 534. | Michael DeHart | | Huntingtown, MD |
| 535. | Louis Peters | Don't stop with the child support and child custody laws, the Domestic Violence Against Women Act with its Family Violence Act Petitions has been grossly abused and is in dire need of reform also. These three areas of law are an abomination against the fundamental freedoms guaranteed by the U.S. Constitution. At the expense of men and their children. Father's Are Parents, Too. | Norcross, GA |
| 536. | DeAnna Neill | I see my fiance struggle to see his son, pay CS on time to a woman who refuses to work, and hardly ever gets time with his son. The system is a joke, allowing custodial parents to interfere with the childs needs of equal time with BOTH parents. The system allows controling and manipulative bio moms too much power. | Huntingtown, MD |
| 537. | P. Dianne Weynand | | Rogersville, Al |
| 538. | Gerald J. Weynand | | Rogersville, Al |
| 539. | Faith Ann Clark | NCP's need to have rights and not be able to have their children taken from them and be forced to live in poverty. CS is for maintaining their lifestyle, but should not force the NCP and the children while visiting to live in poverty! | Enid, Oklahoma |
| 540. | James Quirk | Dedicated to the dishonorable Jacob Blea III | San Leandro, CA |
| 541. | Brent DePape | | CAN |
| 542. | terry hester | | evansville, indiana |
| 543. | Kim Wheeler | | Winston Salem, NC |
| 544. | Andrew H. Twombly | My ex says 'it's over' - No discussion! Hurt everyone. Now I pay her forever! | Bedford, MA |
| 545. | John L. Sprotti | | San Bruno, CA 94066 |
| 546. | James Wheeler | | Winston Salem NC |
| 547. | Pamela Taylor | I would also like to know why in the state of Indiana it is the law to pay support until the "child" is 21 and up to 24 if they are in college. They can fight for their country when they are 18 and even vote but we are still expected to support them. And lets not forget being forced to pay for college. My parents were together my entire childhood. They couldn't afford to send any of us to college but we can be made to pay for college and continued child support because these children come from a divorced home. When did college become an "entitlement?" The child support guidelines are unreasonable. Please also note, this comes from a custodial mother of 2 whose ex owes $30,000 in arrears on child support. That alone should tell you something. | Noblesville, Indiana |
| 548. | Linda Copeland | | Ansona, OH |
| 549. | Rodney Nesbitt | | Dallas, GA. |

| | | | |
|---|---|---|---|
| 550. | arnold taplin<br>Ronald Strickland | why men have no rights in domestic courts | smithfield va,<br>465 peachtree street |
| 551. | 1SG USA<br>RETIRED | Children need both Parents | Tennessee<br>Ridge,Tenn.37178 |
| 552. | Mr. and Mrs.<br>Edmond LeBlanc | | Sorrento, LA |
| 553. | Richard Vatcher | | Framingham, Ma. |
| 554. | Peter Valcanas | | Lowell,Ma. 01850 |
| 555. | DEAN OAKLEY | | RUNNING SPRINGS<br>CA. |
| 556. | Donna Treece-<br>Rouse | For the Children | Round Rock, Texas |
| 557. | Robert L. Barrett | | Athens, Georgia |
| 558. | John P. Tapp | I am glad someone is looking into this issue. | St. Amant, LA |
| 559. | Joseph DeSouza | | Natick, MA |
| 560. | Tim Melton | http://groups.yahoo.com/group/KimbraMelton/ my missing child thanks to the courts | Colorado Springs,<br>Colorado |
| 561. | Shannon Boswell | For my friend Tim, who, even when we were together many years ago, missed and loved his little girl very much. He was my son's first "daddy" since his own father is actually a "deadbeat dad". Tim is a good father. I hope that Kimbra gets a chance to know him. | San Angelo, Texas |
| 562. | Diana Newell | I would just like to say that mothers go threw this too and I only think it is fair to say that as a mother I beleive that kids need both mom and dad not one or the other... | carefree AZ. |
| 563. | Howard C. Deaton | | Denver,Colorado |
| 564. | John Haeger | The claim that child support is criminally enforceable but that denial of visitation is merely civil is a legal inequality, a product of legislation from an unethical Georgia Supreme Court Justice/lobbyist, Carol Hunstein. This child support problem is systematic and governmentally induced. HHS has declined a FOIA request for a copy of a contract with Georgia Child Support Enforcement. The HHS 1G, a FAR "instituting officer," declined to take action on reports that Georgia is not a qualified Federal child support contractor. The Georgia Deputy Director of Child Support Enforcement, Robert Swain, was quoted to say that one would have to "fight like the devil" to have an anti-paternity fraud opinion of the Georgia Court of Appeals applied to any other case. | Lilburn, Georgia |
| 565. | Jennifer Mills | | Snow Hill NC |
| 566. | Jerry A Siddock | | Ellijay, Georgia |
| 567. | Ron McCall | | Lansing, MI |
| 568. | Kristen LaClair | | Bath, MI |
| 569. | Kevin Mackinnon | | Norcorss, Ga |
| 570. | Adriene Neal | | Duluth, Ga |
| 571. | William R. Lee | | Berry,Kentucky |
| 572. | Tracy Bennett | My Children and I are also victims of a wife and mother who decides to only care or be concerned about herself! Then the system | Cartersville, GA |

|  | | | |
|---|---|---|---|
| | | endorses her decision with children that don't want to live with her and child support at 43% of my income. By the way I supported her through school and the pursit to her high paying career. I feel like an idiot. | |
| 573. | Lance S. Kilgore | Living with the daily pain causes me to sign this. | Knox City, Tx |
| 574. | James Allen Hutson | President Bush, I hope that you will treat this with the weight it deserves instead of regulating it to the political infighting and delays that typically follow unpopular, non-vote getting issues. I divorced my children's mother, not my children | Northville, Michigan |
| 575. | Robert K Brenay Jr. | Dedicated to judge...Lawrence Bielawski-Bay County,Mi-I have the right to be heard!! | Dearborn Heights,Michigan |
| 576. | Sarah Korin | | San Jacinto, CA |
| 577. | Richard J. Nardini | Important material future fathers to read | Billerica, MA 01821 |
| 578. | Randall E Perry | | Saginaw, MI |
| 579. | Tommy Chau | | Irving, Tx |
| 580. | Stephen James Chipp | please keep me advised | FArmington , mi |
| 581. | Terence Moore | | Mill Creek, WA |
| 582. | Nadine G. Mendelsohn-Ziskind | Not only do the current family laws disenfranchise NCP's (mostly men), they disenfranchise the children they are trying to protect. In my husband's case, since 1994, there has been little contact with his minor children. He is paying CS under court order for a child born of an adulterous relationship by his ex-wife during the marriage. All documentation can be found in the Miami Dade 11th Circuit Court , 93-13312FC, along with several pleadings to the Court of Appeals. The current system not only destroys the relationships they claim they are proctecting, it destroys any subsquent relationships, new families created as a result of the ex's new relationships. A second marriage and family cannot survive the stress that the Family Court system is wreaking upon them. And, lest we forget, the Family Court system is creating an elitist group of children, the entitlees, (under the auspices of the Family Court's protection) and the poor souls born of second relationships, who end up with nothing. | Jacksonville, AL |
| 583. | Lillian Lasher | | Schenectady, New York |
| 584. | Terri Boseman Tompkins | | Willard, NC |
| 585. | Robert Schaller | I love my daughter with all I am. I pay the astronomical costs, but feel it's undue punishment, dealt by the California court system. | San Diego, CA |
| 586. | Valerie LeMaster | | Lake Mary, Florida |
| 587. | Curtis LeMaster | | Lake Mary, Florida |
| 588. | Jean Dollison | please help the non custodial parents | Evansville, IN |
| 589. | K. Michael Edwards | I agree totally with this petition. | Stone Mountain , GA |
| 590. | Nancy Keathley | | Good Spring, Tn |
| 591. | Samantha A Henderson | Kids need thier dads in there life to be a whole person | New Buffalo, Michigan |

| | | | |
|---|---|---|---|
| 592. | Peter V.N. Parsons | I ask for your review and action in this matter. The current process is more punative than fair. Although the MA Department of Revenue is currently receiving one half of my unemployment income, they implemented a levy against my bank account for the child support arrears that accumulated since I have been unemployed. There was a grand total of $77.22 in my account and I am now relegated to spending additional time and money to purchase money orders to pay my bills. My ex-wife recieves almost $30,000.00 per year from me in child support, tax free, pays no taxes on her income due to her filing status (head of household, earned income, ect.) and actually ends up with more real income than I do after paying for taxes, full medical and dental coverage, one half of the uncovered medical / dental expenses, ect. Pleae review this situation and help. We hear (rightful) objections about disparity in wages earned by women but nobody seems to care about disparity in child support issues. | Leominster, MA |
| 593. | Rudolph J. Krall Jr. | Good Job, Keep The Petitions Comming. | Venice, Florida |
| 594. | hyphen pearce | equal access for children to both parents... | mississauga, ontario |
| 595. | Kevin Jeffrey | | Riverview, MI |
| 596. | Gregory James Shepherd | | Indio CA |
| 597. | Guy Lavigne | Kids need both parents. Once a parent, a parent for life. Family court system needs reforms. | Hawkesbury, Ontario, Canada |
| 598. | Chuck Kosel | | Minnesota City, MN 55959 |
| 599. | Loretta McNeilly | | Greenville, IL |
| 600. | Paul Cohen | There is no equality in family court. Marriage is the only contract in America in which the party breaking the contract gets rewarded. Under our "no-fault" divorce laws, women initiate the majority of divorces. Then, as the reward for breaking up the family, they receive tax-free child support from their ex-husbands. Accustomed to seeing their kids every day and being an integral part of their lives, most Dad's will become a "14 percent Dad" - a father who is allowed to spend only one out of every seven days with his own children. I am a 13% Dad. Once divorced, odds are at least even that the ex-wife will interfere with the Dad's visitation rights. 75% of divorced men indicated that their ex-wife interfered with their visitation, and over 40%of the mothers admit to interfering. Furthermore, visitation should be called Parenting Time. | Buffalo Grove, IL |
| 601. | Tammy Hampton | | Canon City, CO |
| 602. | Sharon Berends | | Sterling Va |
| 603. | Kurt Tarter | Right on. We need equality TODAY | Alpharetta |
| 604. | Betty B. Hartgrove | | Hendersonville, NC |
| 605. | Harry H. Hartgrove | | Hendersonville, NC |

| | | | |
|---|---|---|---|
| 606. | Gregory Beyer | | Duluth, GA |
| 607. | Todd Ferry | | Eagan, MN |
| 608. | Barbara Starr | | Ham Lake, MN |
| 609. | Bill Flores | It is time to put the family unit back and together before any other initiative. | Oakville |
| 610. | John Burkhardt | Indentured Servitude is unconstitutional | Lynn, MA |
| 611. | CaSandra Minichiello | | Atlanta, GA |
| 612. | Natasha Nicol | | Del Rio,TN |
| 613. | Amy Blanton | | Cincinnati, Ohio |
| 614. | Randy Carder | | Delphos, OH |
| 615. | julian c smith | LET FATHERS BE FATHERS NOT $ | JACKSONVILLE, FLA |
| 616. | Brandy Johnson | | Jacksonville, Florida |
| 617. | Regina Saint-Amour Bristow | | Potomac Falls, Va. |
| 618. | Nancy Steel | | Ameila OH |
| 619. | Richard Wren | | Minneapolis, MN |
| 620. | Nancy Steel | I am the mother of an unwed FATHER. My son has been treated like a criminal for wanting to parent his child, while the UNWED MOTHER is treated to a free college education, child support, and full custody with no questions asked. | Ameila OH |
| 621. | Carol Phelps | | Supply, NC |
| 622. | Wanda Arnold | WETHEPEOPLEOFKY-subscribe@yahoogroups.com | Owensboro, Kentucky. 42303 |
| 623. | David A. Giles | | Saskatoon, Saskatchewan |
| 624. | Michael Gubov | | Skokie, Illinois |
| 625. | William J. Shamp | | Baton Rouge, La. |
| 626. | Donald H. Dippner Jr. | | Paradise Pennsylvania |
| 627. | Virginia Ebert | | Wilmington, NC |
| 628. | Joe Horstman | | Locust Grove, VA |
| 629. | Gregg Gillaspy | Please bring fairness to noncustodial parents and uphold their rights to be a parent to their children and not just visitors. | Columbia, MO |
| 630. | Steven H. Laughlin | | Monroe, GA |
| 631. | Lawrence Kilduff | I fully agree | Lowell, Massachusetts |
| 632. | Charles L. Smith | | Hitchcock, Texas |
| 633. | J C Dovidio | | Leominster, MA |
| 634. | matt kilgallen | | McDonough, GA |
| 635. | J. Mark POHL | | Morristown, NJ |
| 636. | james snow | | phila pa |
| 637. | adele schock | | Miami Shores, Florida |
| 638. | Steve O'Neal | | Lawrenceville, Ga. |
| 639. | Sarah Maynard | | Riverview, Michigan |
| 640. | Scott W. | | Dacula, Georgia |

Robinson, Sr.

| | | | |
|---|---|---|---|
| 641. | John B. Elder M.Photog. | Please bring fairness to noncustodial parents and uphold their rights to be a parent to their children and not just visitors and ATM machines! | Lancaster, PA |
| 642. | peter e summers | about justice. about me being able to be the dad i am not allowed to be. my ex makes twice my income and gets everything and my child. i struggle to even see her! | duluth, ga |
| 643. | robert batterbee | Amen! | tulsa,ok |
| 644. | Richard Moro Jr. | Fathers who want it should have equal access to their childern. I am happly married with one child and could not imagne not being able to be an active and full part of my son's life. I would consider denying father's this time with their childern as cruel and unusual punishment. A secondary but non-trivial point is the equity of cost sharing between working parents of relatively equal means. My wife actually makes slightly more money than I do. We entered into marriage and parenthood with the explicit (but un-documented) understanding of shared responsiblilities. If we ever divorced, the costs should be equally shared in keeping with this understanding. | Melrose, Ma 02176 |
| 645. | Mark V. Dobrosielski | | Bradford, MA |
| 646. | Angela Harrison | | Loveland, OH |
| 647. | Rev. Kavin Harrison | | Loveland, OH |
| 648. | Tom Hamill | | Medford, MA |
| 649. | Brad Gordon | | Chicago, IL |
| 650. | Harry M Silverman | | Deerfield, IL. |
| 651. | Matthew Barnett | The burden placed on fathers for excessive child support has become extremely gross. To the point, where we are not able to even provide the basic needs for ourselves. Often times resulting in 'dead beat dads' where there once was 'loving and caring dads'. Please HELP fathers with this huge dilemma we now face! Thanks. | San Antonio, Texas |
| 652. | Theresa Munford | | Bronx, NY |
| 653. | HANK ADAMS | | DULUTH, GA |
| 654. | Teri Campbell | | Bay City, Mi. |
| 655. | Stuart Weiss | Help... I love my son but his mother... | New City, New Yo k |
| 656. | cheryl munford | | Bronx, NY |
| 657. | Connie B. Brauer | Mandatory equal shared parenting is the right of all parents in all countries! | Falmouth, NS Canada |
| 658. | James E. Bohne, Jr. | | Roy, Utah |
| 659. | SCOTT C SEXTON | | JENKS, OKLAHOMA |
| 660. | SARAH M SEXTON | | JENKS, OKLAHOMA |
| 661. | Warren P. Steffen | A requirement for evil to flourish is for good men to do nothing! | SugarLand, Tx |

| | | |
|---|---|---|
| 662. | Doug Sawert | folsom, ca |
| 663. | PAUL J. CASTILLO | I AM FACING THE SAME DILEMA, THIS SHOULD BE ILLEGAL, I AM PAYING FOR A CHILD THAT MY EX (WHOM HAS NEVER WORKED A DAY IN HER LIFE) FILED FOR SUPPORT 7 YEARTS AFTER OUR SEPERATION AND THE CHILD'S BIRTH. i DIDNT EVEN KNOW THE CHILD EXISTED! THIS WOMAN IS ON WELFARE AND HER JOB IS TO BARE CHILDREN AND LET MEN AND WELFARE PAY HER! SHE SITS AT HOME MAKE IN WELFARE AND CHILD SUPPORT PAYMENT OVER $6K A MONTH FOR 3 KIDS! THAT ARE 5-8 YEARS OLD AND FROM DIFFERENT FATHERS. THIS WOMAN IS NOW DRIVING 2 NEW SUV'S AND LIVES IN A $135K HOME IN A PRESTIGOUS AREA OF HOUSTON TEXAS. BECAUSE OF MY ORDERED SUPPORT, I LOST MY CAR AND MY APARTMENT... THERE IS NO JUSTICE HERE, ESPECIALLY AT TAX TIME, SHE GETS ALL THE WRITE OFFS! |
| | | HOUSTON, TEXAS |
| 664. | Joe Cordova | This outrageous system often costs a father more money than would be required to educate a child. |
| | | Valdosta GA |
| 665. | Angela M. Gould | I know of several cases like the examples in the letter. |
| | | Jasper, In |
| 666. | John Costello | Fremont, ca |
| 667. | khris jackson | bay city michigan |
| 668. | Alan Huntley | Atlanta, GA |
| 669. | Ollie Puckett | I would certainly ditto the things stated in this letter. I would also reiterate the fact that the CP is allowed to move long distances which takes away the right of the NCP to have a meaningful relationship with their child/ren. We need to take a look at the findings and studies which indicate the moral values and the success of children who are denied one parent or the other. Hopefully, the officials will finally realize what is happening and take steps to correct the problem and support EQUAL PARENTING as CHILDREN DO NEED BOTH PARENTS. |
| | | Winchester, KY |
| 670. | David Jones | Hoover, AL |
| 671. | David W Puckett | This is a country wide epidemic that needs to be addressed. |
| | | Southaven ,Mississ ppi |
| 672. | George Colbert | Oklahoma City Oklahoma |
| 673. | Lee M. Dale | Hampton,Georgia |
| 674. | Tracy Gordon | Grand Rapids, MI |
| 675. | Toni Miles | Gonzales, Louisiana |
| 676. | Susan Shumate | Seale, Alabama |
| 677. | Shawn Kretchmar | Strafford, NH 03824 |
| 678. | Dr. Robert F. Scherma | New York, NY |
| 679. | Michelle Blechman | Deerfield, IL |
| 680. | Tracey McHugh | Hudson, NH 03051 |

| | | | |
|---|---|---|---|
| 681. | Kent Ellis | "In the best interest of the child" - we need to start living up to this phrase | Marietta, GA |
| 682. | Craig Curtis | | Dacula, GA |
| 683. | Paul Clements | NH Coordinator for the Million Dads March, Founder of DADD.Eighteen years divorced, nine years without seeing my daughter, and it isn't over yet. In the words of Sir Edmund Burke: "All that is necessary for evil to succeed is for good men to do nothing." | Concord, NH |
| 684. | Jon Naramore | | Janesville, Wisconsin |
| 685. | Mandy Raville | | Kissimmee, FL |
| 686. | Dionica | | Allentown, PA |
| 687. | Daniel Wayne Graham | To any who care to consider this....a misbehaving parent is as much a deadbeat parent than one who doesn't take care obligations. Misbehaving parents are as much a harm to the children as not paying child support. As much as some would like, a blanket policy is not always the right one. The agencies responsible for administering child support across this country should follow the rules with an eye to what's best for the child. If a parent abdicates the right to parent their children, they should be given as much assistance to do so. Good riddens to rotten garbage. However, those parents are in a small minortiy. A lot of parents walk away because they cannot afford their children and subsequently the other parent punishes that parent by keeping the children away. I pay mysupport and medical insurance, dental, blah blah blah. I am not a social miscreant, have never been arrested, have no substance or child or spouse abuse issues. I just want to be in my kid's lives...is that hard to fathom??? | Fountain Hills Arizona |
| 688. | TONY WILLIAMS | Thinks to this system,I feel like a childless father.Real men do love their children. The family member that's want's to break up the family .Should be the one that is required to become the non-custodial parent.When the kid's are no longer used as a cash cow.Alot of this maddness will stop. | ATLANTA,GA. |
| 689. | christopher muncey | | bronx, n.y |
| 690. | lisa cruz | | bronx, n.y |
| 691. | Trish Elliott | | Erie, MI |
| 692. | James Stephen Gray Jr | stop the terrorism of these abuses-Please | Acworth, Georgia |
| 693. | Susan Moore | | Wisconsin |
| 694. | Keith Perry | | Edmore, Michigan |
| 695. | Donna Treece | | Austin, Texax |
| 696. | Paul Colnett | Abolish the child support industry now! | Loas Altos, CA |
| 697. | Dean Hufford | Equal right for custodial and NONCUSTODIAL | Simi Valley, Ca |
| 698. | Mark Young | Please sign the following short petition to the U.S. Department of Justice: http://www.thepetitionsite.com/takeaction/563189549 | Arlington, VA |
| 699. | Thurstan Baier | | Sioux Falls, SD |

| 700. | Eric Berlin | | Kirkland, WA |
| 701. | PhyllisSBernstein | | Spring Valley, NY |
| 702. | Marilyn Switter | | Dearborn Heights, Mi. |
| 703. | Sally Garcia | | Riverview, fl |
| 704. | cliuff mayo | | beaufort, s.c. |
| 705. | Rick Curtis | why is it not child abuse when one parent tries to keep the other parent out of THEIR childs life? | Salt Lake City Utah |
| 706. | Dean Langston | | Palisade, Colorado |
| 707. | Dellayne Marino | | Palisade, Colorado |
| 708. | Andy Kitzberger | | New Ulm, MN |
| 709. | Gary A. Mason | | North Beach, MD |
| 710. | christon suess | equal rights should be equal | bergenfield nj |
| 711. | david o voegerl | | jasper in 47546 |
| 712. | Catherine M. Valchera | The rights of fathers are JUST as important as the rights of mothers. The belief that children should automatically go to the mother, unless PROVEN to be unfit is wrong and UNJUST! | Chesapeake Beach, MD |
| 713. | Randy Barkhimer | | woodbridge, VA |
| 714. | Patricia McIntyre | | Selden,NY |
| 715. | Gretchen Dosh | | Hollywood, Fl |
| 716. | Cynthia Gravino | This matter NEEDS to be carefully reveiwed and new laws established. As is stands currently, this is no less than legalized blackmail and fraud for a majority of households. The kids are really not considered, nor is their future financial welfare considered. | Southington, Ohio |
| 717. | Neil G. Levy | My family is destroyed and they keep beating me down, I am going to move to Iraq so I can be free! | Union, NJ |
| 718. | Steve Blake | for Emily, Jefferey and Andrew | Chicago Il |
| 719. | Donna Johnston | This needs to be addressed!! Family courts are allowed to destroy those who they are suppossed to protect! | Ft. Collins, CO |
| 720. | Keith Mask | Family courts are ripping the families apart! | Ft. Collins, CO |
| 721. | Melvin | | Pot., Md. |
| 722. | Tisha Langston Slater | I dated a man who was making huge child support payments to his ex-wife and she used the money to clothe her son from a different man while his daughter didn't even have a winter coat. | Essex Junction, VT |
| 723. | Renee Johnston | We have an Iraq of our own...right here in the USA We deserve rights and some systems need rebuilt right here in America.....WAKE UP BUSH!! | Loveland, CO |
| 724. | Jeanette Rafferty | | Defiance, OH |
| 725. | Don Mathis | Shorten this letter and send it to your your legislators. | San Antonio, TX |
| 726. | Benjamin Booth | In support of my good friend, Eric Brown | Ashburn, VA |
| 727. | Jerry Hall | My son has been discriminated against, by unfair laws for fathers | Puyallup, Washington. |
| 728. | Debbie Hood | | Vinemont, AL |
| 729. | Tracy A Vaughan | | Lancaster, Ohio |
| 730. | Daniel J. Cohen | | Skokie, Illinois |
| 731. | Anthony David League | Thank you for a job well done in Iraq | Bellflower, California |

| | | | |
|---|---|---|---|
| 732. | Kristina Williams | Everything always points and goes to the mother...society's victim. What about the fathers who are the TRUE VICTIMS! Isn't it sad that no one wants to pay attention to them. | Walthourville, Georgia |
| 733. | Robert Hill | Many European countries use a shared custody /shared financial responsibility approach that seems to work ...Maybe it is time for us ... a so called leader of countries , to upgrade our child support system and get out of the dark ages type mentality. | Huntington Beach, Calif. |
| 734. | Polly Van Fleet | | Glenpool, Oklahoma |
| 735. | Jessica | Fiance to a man with 4 minor children. He's going bankrupt paying just the bills, child support, alimoney, for which doesn't qualify for assistance!! The Ex lives off of the CS, County, and State while my fiance sinks. BTW, he's an accountant! | Minnesota |
| 736. | Kari Zavsza | Please do something to rectify this problem!!!! | Lincoln Park, Michigan |
| 737. | Shawn Zavsza | | Lincoln Park,MI |
| 738. | Nicole Kelley | Would like to learn more about this petition. | Bradford, Maine |
| 739. | Dana Brandenburg | | Ocoee, Florida |
| 740. | nicole white | | sterling, va |
| 741. | Gary Brandenburg | | Marietta,Ga. |
| 742. | Sapp | Support Opinion 100% | Cartersville, GA |
| 743. | Brandie | | marshall |
| 744. | Alfreda Kubala | | Evanston, IL |
| 745. | Judith Petit | | Britton, Mich |
| 746. | Margaret A Hill | | Stockton CA |
| 747. | Margi Domme | Not every woman who gives birth is fit to be considered a mother. Too many so-called mothers produce children just for the sole purpose of getting money from not only the fathers involved but the system as well. Just as there are deadbeat fathers out there, deadbeat mothers exist as well. Its time to recognize that this is a FACT and that the children are victims to the nth degree!! | Athol, Idaho |
| 748. | Rebecca Richardson | | bradenton,florida |
| 749. | Becca Richardson | | Bradenton,florida |
| 750. | Terry Sinapi | some Fathers are living below standard just to pay child support it needs to be a fair amount , the father needs to live also very unjust the mother is not responsible for any money support. The father has to work 2 jobs and the mother can remarry and live nicely on the child support and not contribute because the father is paying and paying not fair. Men need a brake . The dead beat gets away with paying nothing and the decent father gets screwed. Laws need to be changed to give the fsther a fair shake. | Fort Pierce Florida |
| 751. | Jeff Famiglietti (Pres. Fathers Of America) | For GODS Sake Please, HELP US!! | Savannah,Ga. |
| 752. | vaughn zavsza | | las vegas nv. |
| 753. | Rudy Anduze Jr. | I'm just one of many suffering unjust burdens in this one-sided travesty of justice. | San Diego, Ca. |

| | | | |
|---|---|---|---|
| 754. | brian k hunter sr | | chicago, il |
| 755. | Amanda Cook | | Casar ,NC |
| 756. | Billie Jo Hill | | Greeley,CO. |
| 757. | Mary Carroll | | Queen Creek, AZ |
| 758. | Randall J. Starr | | Ham Lake, Minnesota |
| 759. | Jeneen Peloquin | | Columbus, Ohio |
| 760. | Deborah K. Hill | | Greeley, CO |
| 761. | Cathy Crain | | Kennesaw,Ga. |
| 762. | jack barson | | Solon, OH |
| 763. | James R. Parham III | | San Antonio, Texas |
| 764. | karinna | children need there fathers and fathers need there children | new castle DE |
| 765. | Storm | | Toronto, Canada |
| 766. | Storm | | Toronto, Canada |
| 767. | ~ Stormie ~ | | Toronto, Canada |
| 768. | Timothy Hague | | Chicago,IL |
| 769. | James H Kyhkynen | | Chester,SC |
| 770. | Somer A Kyhkynen | | Chester,SC |
| 771. | Robert Arciero | This is a very high priority in my voting decisions. | Amityville, NY |
| 772. | Bob Hill | Child support should be estimated , based on the current living conditions at the time of seperation and then shared equally between the two parents along with a reasonable cost of living allocation to the parent that houses the child, but only if he or she is certifiably unable to work and contribute to that expense. | Stockton, Calif. |
| 773. | mariant sevilla | | mission viejo, ca |
| 774. | Angel Perozo | | Mission Viejo, California |
| 775. | Richard A. Lovell | | Houston, Texas |
| 776. | Ricky Brenay | | Winter Springs, FL |
| 777. | Gustavo I Jaramillo | For some of us, to bring a Child to this world is a blessing, the most rewarding event in our lives. For others It's just the inclusion of new members on a small Self-financial institution protected by law. Let's not forget that the law is looking for the welfare of a child and will not accomplish this throu a financial destruction of one of the parents. | Aliso Viejo, CA |
| 778. | Kevin J. McIntyre | | Selden, New York |
| 779. | Rob Davidson | I'd like to vote for you again ... | Atlanta, GA |
| 780. | David A Donlan | | Indianapolis, Indiana |
| 781. | Bryce Williams | Why do I and my wife have to sit here and play my ex-wives stupid child games while she banks on my CS$ and denies me my daughter. CHANGE YOUR VIEWS AND YOUR LAWS NOW! | GA |
| 782. | William Rainier | Please Save The Children and Fathers Of This Great Land!! | Seattle , Washington |
| 783. | kevin sonnier | | greenwell springs/LA. |
| 784. | Nick Latsos | | Alpharetta, GA |

| 785. | Marcelo Dos Santos | I have many friends whom are responsible, loving, fathers that are being abused by separated or divorced mothers and the legal system. This should be a country that should judge each person individually and not type cast and punish all fathers as Dead Beat Dads. It's immoral and a crime. | Herndon, VA |
|---|---|---|---|
| 786. | jesse castro | | rio rico, az |
| 787. | Jamie S. Patrick | | Las Vegas,NV |
| 788. | Richard Crandall | Please take this petition serously. | Largo, Florida |
| 789. | Dominique Bezila | | Tucson, Arizona |
| 790. | Chris Peterson | Awards are way to high. After having visitation and paying child support to me ex for 9 year she decides to move out of state into her parents house. I fought the move in court and lost because she has the "right" to move anywhere. I now drive 4 hours every other weekend to see my son...and I still pay the same amount of CS. With rising gas costs and other expenses with travel it has made it very hard to carry this on. The laws need changed! | MN |
| 791. | Spencer Mewha | | non |
| 792. | Paul Brian Presgrove | this peptition is the most widely needed public voice | Woodstock, GA |
| 793. | Roger D. Byrd | The court system was created to provide justice to all. The judges that serve that end should take the time to know the situation and individuals they are ruling on. | Houston, Texas |
| 794. | jimmie dodson | | ok |
| 795. | Colin McAndrew | No remedy exists to see kids in Texas even though joint custody: Courts just ignore the law.Just denied Habeas Corpus to see kids during the summer even though have custody under only order (Divorce decree). | Houston, Texas |
| 796. | James Norris | some of us been paying support and have not seen child in ten years because mother keeps relocating | Houston Texas |
| 797. | Esther Caballero | I am a non custodial parents spouse and Because of the child support issue we can't even try to climb out of our below poverty level of living and worse yet he hasn't seen his child since 1994 he has that right for the mother refuses to let him even after he pays support and gives her extra money mind you she never brings his child when she comes to get the money he still gives it to her because she says the child needs it.After tropical storm Allison destroyed our home 2 years later volunteers helped repair it and he still is unable to find work but the state demands money | Houston Texas |
| 798. | Mrs J. castillo | | houston texas |
| 799. | Charles Norris | I think the child support law needs to be changed,My dad is a great man and has suffered for many years and even though he tried we ended up living below poverty level we live off of 400.00 a month and our bills are way behind we need something done now !!!!!!!!!!!!!!!!!!!!!!!!!! | Houston Texas |
| 800. | James Moraida | What would happen if the media found out about the fathers whose rights were violated by the judicial system when it comes to child | Houston Texas |

support,my stepfather has not seen my step sister since 1994 but if he gets behind on support he's threatened with jail he can't get his plumbing license so as you can tell this trashy judicial system 's whole plan is to keep the good people down and make them pay for the bad peoples fun

| | | |
|---|---|---|
| 801. | Daniel Cunningham II | Grand Rapids, MI |
| 802. | Peter Hazell | feminsim equals gut selfishness and hatred of men | Edinburgh UK |
| 803. | Greg Tomas | | White Plains, NY |
| 804. | CINDY MC GINNIS | | JACKSONVILLE NC |
| 805. | Patrick Kohlman | Â | ma |
| 806. | Julieta Carreon | I as a mother am totally for this petition. | Houston, Texas |
| 807. | Argelio Carreon | I'm glad someone out there understands. | Houston, Texas |
| 808. | Becky Brenay | This is for Alexandria! She needs to be w/ her daddy!!! | Bay City, MI |
| 809. | Jason Brenay | This is for my brother Rob!!!! | Bay City, MI |
| 810. | Diane L. Nettles | | Houston |
| 811. | shelley gilder | | houston tx |
| 812. | Nicholas Tanzi | I am getting royally bent over, I can not make all my bills and am constantly borrowing money to pay my bills which are basic living. I actually have to watch what I spend on food, cant eat sometimes, imagine that!!!There is no relief in site either, I am looking at working for the rest of my life, no retirement for me. | New York, NY |
| 813. | Dominique Booth | I can only say that I am appalled at our judicial system. Having three brothers, I can see exactly how the courts seemingly give GOOD fathers NO rights to their children. I am truly disgusted with ours laws. | Houston. Tx |
| 814. | Angie Gilbreath | | Indianapolis, IN |
| 815. | michael castillo | my ex abducted my son without a trace and i still have to pay when i havent seen or heard from my son in now 4 weeks!!! please in God's name help | houston, texas |
| 816. | Alfred Jackson | I agree whole heartedly with the petition and stand behind it fully. | Houston, T.X. |
| 817. | Glenn Guimond | I've been paying child support for six years now. I pay 500/month. while this amount may not seem like much to some for me and my new family it is. I have two children with my current wife and I know that 500/month is too much for one child. I don't feel as though I've been treated fairly in any way by the court and am suffering because my ex wife decided that she no longer wished to be married. Please help. | Indianapolis, IN |
| 818. | Paula Allen | | Indianapolis, IN |
| 819. | Peggy Neeley | judical system sucks | houston, tx |
| 820. | GINA ASHLEY | | MANDEVILLE,LA.. |
| 821. | JARROD ASHLEY | | MANDEVILLE,LA.. |
| 822. | ELIZABETH SKIAS | | MANDEVILLE,LA.. |