| # | Name | Comment | Location |
|---|---|---|---|
| 823. | Avery Smith | | Houston, Texas |
| 824. | Mayon Mitchell | | Lowell, MA |
| 825. | Robert & Lynn Smith | | Portland, Oregon |
| 826. | Elizabeth Perrine | | Houston, Texas |
| 827. | patricia a. toscano | | New York, NY |
| 828. | Rémi Tremblay | | Montréal, Québec |
| 829. | Jeff Davis | | Houston, TX |
| 830. | Darrell Romine | Stop Victimizing Fathers | Stillwater Ok |
| 831. | RON PRICE | family courts are not equal.judges and lawyers set back and let women get by with child abuse, but fathers would be put in prison for half as much!!!!!! | CANYON,TEXAS |
| 832. | A. A. HOLUBIK | WHEN ARE WE GOING TO HAVE THE 50,000,000 NON-CUSTODIAL PARENT MARCH ON WASHINGTON / STATE LEVEL / HECK WE COULD GET 1,000,000 RIGHT HERE IN HARRIS COUNTY, TEXAS | HOUSTON, TEXAS |
| 833. | Tasha Anderson | | Lowell MA |
| 834. | rita | my husband experienced this with his son---it just isn't fair that dad's have zero say in bringing up their children when the only reason the marriage dissolved was the wife did not like living in another state as her mother, of course that is to be expected when you marry a military man | sioux falls,sd |
| 835. | Jeff Dubay | ESP Equal Shared Parenting | Cambridge, Maine |
| 836. | William Blake | | Sioux Falls, SD |
| 837. | josh gibson | | hampton, va. |
| 838. | john lupone | | stafford, tx |
| 839. | Jaime F. Delgado | Agree 100% with what was written. | Sugar Land, Texas |
| 840. | mike finelli | i agree they get to much | bronx ny |
| 841. | Terrence S. Harrington | I agree wholeheartedly. In my recent case I was told by an attorney that no matter how immoral her mother's behaviour was the chances of me rescuing my child from a home of questionable morals was impossible. Furthermore, on the issue of child support how I could be feasably be expected to pay am amount roughly equal to my ex wife's monthly salary is simply preposterous and can only be construed by reasonable people as "alimony that does not end if she remarries" I love my child and will provide for her but her alone. | Houston, Texas |
| 842. | Melanie Cummings | Fathers Are Parents, Too - Mothers are not the only parent | Millburn, New Jersey |
| 843. | Brent DePape | | CAN |
| 844. | Darren Esteve | | baton rouge, louisiana |
| 845. | Diane Nettles | The laws need to be changed! | Houston Texas |
| 846. | Gerald R;. Bull | | Eagan, MN 55123 |
| 847. | Donna Johnston | My fiance has two children who now have learned at the tender ages of 11 and 9 how to work the system and have gone along with their Mothers need for revenge against their Father. Why? because the system has let them down! They know it, and everyone involved | Ft. Collins, CO |

|   |   |   |   |
|---|---|---|---|
|   |   | investigation when a spouse makes a false allegation of child sexual abuse. This problem has reached horrendous proportions and those affected are now asking who in God's name created a situation whereby false allegations are actually "rewarded". This issue will not go away - it must be addressed with a zero tolerance policy. It is unacceptable that falsely accused partners should have their lives ruined by incomptetence or by those seeking to establish their own agendas. This is NOT a minority group as this problem is now being discussed regularl;y on MAINSTREAM radio stations throughout the world. |   |
| 866. | Peter Hunter | This issue affects Australian men as well | Brisbane, Queensland Australia |
| 867. | Lionel Richards | Children NEED BOTH Parents | Perth, WA |
| 868. | Mick Day | Fathers need to see their sons. Joint Custody of children should be mandatory. Political leaders who do not embrace this will do so at thier peril. this is the number one issue with most people. | NSW Australia |
| 869. | Rex Burgoon | Common sense Parental Rights | Wichita, Kansas |
| 870. | Tamie S. Smith |   | Wichita, Ks. |
| 871. | Craig McKell | Something has to be done | Malanda, QLD, Australia |
| 872. | William Gilligan |   | Wellsboro, PA |
| 873. | Joel Benjamin |   | Schenectady, NY |
| 874. | Alain Nantel | Desperate acts are done by those pushed to despair, stop pushing men to despair | Toronto, Ontario, Cnada |
| 875. | Randal R. Taillon | This is an important step for children to NOT BE THE PRIZE put in the middle! Divorce is hard enough on children. This would allow Parent's who want to be in their child(rens) lives to be able to maintain thier relationship and NOT be alienated! THIS WOULD HELP STOP MAKING THE CHILDREN A WEAPON OF AN EMBITTERED PARENT. | Victor, NY |
| 876. | Craig S. Fawcett |   | Hudson Falls, NY 12839 |
| 877. | Michael Floro | Change is long overdue! Children need both parents, not just mothers! Divorce is a scam to enrich lawyers and others in the divorce industry! | Flushing, NY |
| 878. | Stephen L. Austin |   | Macedon, New York 14502 |
| 879. | Mary Benek | This really needs attention! | Hillsborough, CA |
| 880. | Norman M. Burkart |   | Kansas City, MO |
| 881. | Tracey Desiato | The current system is biased and gives preferential treatment to women. I am a woman and I see it. Please help the children. The present custodial guideline factors are very very flawed, unjust and detrimental to the children of this nation .The CHILDREN are SUFFERING because of the selfishness of embittered women and an adversial system designed upon ease rather than TRUTH. Let | rochester, NY |

| # | Name | Comment | Location |
|---|---|---|---|
| | | these fathers see their children . Their children need them. | |
| 882. | Allan SImmons | It's about time this gets done | NY,NY |
| 883. | PAM KIRK | | TULSA, OK |
| 884. | gary eickholt | current laws are counterproductive | saginaw mi |
| 885. | Denise Rawady | Fathers have rights give back their lives | Adelaide SA |
| 886. | John F. Prior | | Chicago, IL |
| 887. | Spence Mewha | | non |
| 888. | Randy Ritchie | Summit County, OH Family Courts are the worst! | Savannah, GA |
| 889. | Scott K. Caterer | | Las Vegas, Nevada |
| 890. | Joel Cooley | | Houston, Tx |
| 891. | jenny | | Miles, IA |
| 892. | Dave Dobo | | Houston, Texas |
| 893. | kellie merritt | the laws need to change immediately for our childrens sake | houston, tx |
| 894. | Ed Mitchell | | Waller, Texas |
| 895. | Gary Cherone | the laws are ridiculous a child needs a mother and father full time not part time and the usage of the courts to referee is outrageous. Meanwhile our children suffer alone!! | Boston, MA |
| 896. | Christine L Emerson | GIVE FATHERS EQUAL RIGHTS!!! | Houston, TX |
| 897. | Gina Murray | I have children of my own and know if I were to get divorced the child support I would recieve would not put a dent in my kids expenses, but this still does not seem fair. "If you are paying for it, you should reap the rewards of it" I would absolutely want to die if someone told me I could only see my kids 4 days a month instead of anytime I wanted. | Tomball, Texas |
| 898. | Sam H Gustafson | | Blue Springs Missouri |
| 899. | Willis Rider Jr. | I am having a difficult time supporting my three children within my household, while supporting my two children outside my household. The ratio is not equal at all. The amount of what I pay in child suppot does not match to what I provide for the amount I support for my three children. The ratio reflect: 60% = 2 children -- 40%= 3 children. | Conroe, Texas |
| 900. | Tim Shepherd | | Indianapolis, Indiana |
| 901. | Kevin German | | Edmonton, Ab |
| 902. | John Floro | | Huntington, NY |
| 903. | Darryl Blaine Dastous | We wonder why society is changing so much for the worse, just look and you'll see just how many children are having to grow up without thier fathers in thier lives. Mr. Bush that's the reason our society as U.S. Citizens as a whole is CRUMBLING!!! Thank You Mr. Role Model President. Are you able to fix OUR countries problems before you make an attempt to fix other countries problems!!! I guess we'll just see now won't we. Me, I am very doubtful in the fact of whether or not YOU are able to solve this great problem of our nations!!! | LaPorte,Texas |
| 904. | duncan pearce | equal access for children to both parents... | toronto |
| 905. | Timothy Joyce | My child did not seen his father unsupervised from April 8th 2001 | New York, NY |

(Palm Sunday '01) to January 11th 2003 (Grandma & Grandpa's Fiftieth Wedding Anniversary). He had not seen his Grandparents at all during that time. All based on a lie. Everyone (The Judge; The Law Guardian; The Mother's lawyer; The Mother; EVERYONE) involved knew it was a lie. The mother admitted to the Court appointed Psychiatrist that she told the Judge a lie. Yet, I did not see my child for 642 Days

| | | | |
|---|---|---|---|
| 906. | Pauline Wagenhoffer | Fathers need a break | Matamoras, Pa 18336 |
| 907. | James Wagenhoffer | | Port Jervis NY 12771 |
| 908. | Deborah Wagenhoffer | | Butler, NJ 07405 |
| 909. | David Wagenhoffer | | Matamoras. Pa 18336 |
| 910. | Howard Wagenhoffer | | Matamoras. Pa 18335 |
| 911. | Jason and Toni Glass | | Jayess, Mississippi |
| 912. | Janene Caracaus | Good luck | Holualoa, Hawaii |
| 913. | Jeff Threlfall | | Brisbane, Australia |
| 914. | Brenda Riney | FATHERS ARE PARENTS, TOO! | Bowling Green, KY |
| 915. | Winston W. Word | | Sebring, FL |
| 916. | Brant Maslen | | Gwandalan, NSW, Australia |
| 917. | Brian Allen Waugh | | Nashville, Tennessee |
| 918. | Andrea Loren Williams Waugh | | Nashville, Tennessee |
| 919. | Jeff Agan | | Minneapolis, MN |
| 920. | Craig Grant | | Orange NSW |
| 921. | Steven Ray Crosson | | Midland, Michigan |
| 922. | Mark Bourne | If you have the moral courage do something now -for our children's sake. Would you be happy for one of your daughters to marry a child of divorce with all the excess baggage and insecurities they have ? | Mt Barker South Australia |
| 923. | MARC WIGGINS | WHAT COULD BE MORE IMPORTANT?? | ROCHESTER NEW YORK |
| 924. | Kenny White | I'm in total agreement!!! | Sterling, VA |
| 925. | Dyan Lesnik | | Shreveport, LA |
| 926. | Martin Hill | | Buckinghamshire |
| 927. | Martin R. Mulford | | Brighton, NY |
| 928. | Steve Roperti | | Victor NY 14564 |
| 929. | D.J. Castillo | I have not seen my Grandson in now over 3 weeks due to his mother taking him away from my son and now she is nowhere to be | Houston Tx |

| | | to visit him against her will, yet he can be "forced" into paying for this "adult's" secondary education???? There is something seriously wrong with the way things are set up - especially in ILLINOIS. | |
|---|---|---|---|
| 946. | Alan R Morrill | | Osceola, IN. |
| 947. | brenda offenbacher | | RENO, NV |
| 948. | Ken Deemer | Child protective services are often run by radical feminist. Radical feminist are holding our society hostage including our business, law enforcement, schools and our courts. Children need BOTH parents and our families are being destroyed in record numbers. To let radical feminist write our laws (NOW had a large part in writting the Domestic Violence Against Women Act) is like having the KKK write racial laws. It is time to take back society and demand EQUAL parenting with no child support as it took two to bring a child into the world...let BOTH support them. This alone will stop many of the divorces. To deny a child the love of either parent IS CHILD ABUSE. founder Shattered Men. | Marion Indiana |
| 949. | Michael Franke | | Lake In The Hills, IL. |
| 950. | Melanie Waldron | | Seymour, Wisconsin |
| 951. | April Runge | | Crystal Lake, IL |
| 952. | Debbi D'Agostino | | Wheeling, IL |
| 953. | Ellyn Kossiski | Either parent - non-custodial - should not be reduced to poverty-level living. It creates another problem and it rarely solves the original problem. | New London, WI |
| 954. | Lisa Warda | | Lake in the Hills, IL |
| 955. | Karen | Third-Party Visitation statutes are UNConstitutional | Wooster, Ohio |
| 956. | Karla Ann Conner | Children need both parents 50/50. Everyone wins. No one pays. | Jackson, GA |
| 957. | Ray | All non-custodial parents are treated like criminals and i am talking the ones that fight to see there kids and pay their support like there suppose to. I think they should at least give us the respect and don't treat us like the dead beats out there. Its like we are in prison in our own homes then why don't they just put us in prison rather than treating us like that!! | Waverly, IA |
| 958. | Peter Zutrin | Ask to remove female Judges from court system | Chicago, Illinois |
| 959. | harold de jesus | child support laws need to be changed | new york, ny |
| 960. | Pat Hatton | | Hoffman Estates, Illinois |
| 961. | Robert G. Kearns, Jr. | Shared custody legislation should be the priority topic with the state and federal legislators. How many more children must suffer and cry themselves to sleep at night because they lost a parent to the corrupt legal system? | Hollidaysburg, Pennsylvania |
| 962. | Jose Denis | | Fort Lauderdale, FL |
| 963. | Jim Bailey | MUM & DAD are Equaly important to their KIDS | North Shore City, Auckland, New Zealand |
| 964. | Natalie Bohn | This petition is for the Dads who want to be Dads, but aren't permitted to. I'm a mother whose fiance' has been going through | Zanesville, OH |

| | | | |
|---|---|---|---|
| | | this for 3 yrs. now. His son doesnt even know him, through no fault of his. The system needs to change, allow the fathers who love their kids and want to be a part of thier lives BE THERE FOR THEM. Sadly, its the kids that suffer the most because of a decision their mother made out of spite or anger. Don't let this continue | |
| 965. | glen lindblade | Everyone should sign this | Huntsville, TX |
| 966. | Karen Alley | | greensboro, nc |
| 967. | Ed Ward | | New Orleans |
| 968. | Dave Gordon | Men's Aid (National Charity) | UK |
| 969. | Tim Lloyd | | Leavenworth, Kansas |
| 970. | Kimberly Bertrand | I wish it would be 50/50 that way me and my husband could raise our children the way he is raising his child from his first marriage. | Peru, Indiana |
| 971. | Robert Gartner | the United States Government needs its proverbial butt kicked for destroying fathers and children in the name of extracting monies form one to give to the other. Where is the equality in that? | Houston, Texas 77085-3244 |
| 972. | Scott E. Kwiek | | Greentown, IN |
| 973. | Eleanor C. Uhlarik | | Sycamore, Il. 60178 |
| 974. | Gina Torres | | San Jose, CA |
| 975. | R.A.Carley | | fresno Ca. |
| 976. | Harry | | GB |
| 977. | DeAnna Dowell | | Denham Springs, LA |
| 978. | Winn Dale Dowell | Father with no contact with his son for 6 years | Denham Springs, LA |
| 979. | alicia white | | sterling, va |
| 980. | DianaTienor | | Green Bay, WI |
| 981. | Michael Libby | | Green Bay, WI |
| 982. | Karyn Moorman | | Concord, GA |
| 983. | peter d. marra | | brooklyn, new york |
| 984. | lameque lillie | I watch my friend and her husband suffer because his x is a money grubber its time for a change in the judicial system | Houston Texas |
| 985. | Jennifer L Lira | I wish the state of Texas would give my brother in law custody of his daughter Cassandra because I've known him for 7 years now and I can see how he pays his support and still 10 years later has not seen his daughter let his x see how it feels to shell out money they can't spare and not see her daughter | Houston Texas |
| 986. | Morris E. Long Jr. | | Cumming, Georgia |
| 987. | Angela Leverett | Keep Fighting!! | Schenectady, New York |
| 988. | Duane Braden | | Ft Wayne, IN |
| 989. | Anna L. Morrison | | Minneapolis, mn |
| 990. | keith | | grande prairie alberta |
| 991. | Malinda Doerger | Fathers deserve equal rights, and support should be based on an individual basis. With the child support my fiance pays, who knows if we will be able to afford our own family, yet his exwife survives on that income alone. I thought a child was a 50/50 responsibility - where is her half? We would gladly accept more visitation to even out the time (we see his daughter 2 days a month). | Baraboo, WI |
| 992. | Trey Barnes | Stop paying Child support... Offer only time and then pay it in | Amite, La |

| # | Name | Comment | Location |
|---|---|---|---|
| 993. | line voided Bottom of Form | spades. | |
| 994. | Sherri D. Samartino | Immediately enact and implement the provisions of UPREPA (uniform parental rights enforcement and protection act) as found on www.FIRMncp.com and www.childrensjustice.org | Smyrna, TN |
| 995. | mario f stevenson | I agree 100% the reason of this petition. We have seen it, heard it, and its time to do something about it. IT HAS GOT TO END. I'm in this situation, where the spouse has restricted access to the children and yet, she has involved another male to afflict the situation. The District court has refused to do anything in regards how this violates the constitutional rights of the children-basically hostaging them. The Juvenile court refuses to do anything because they stated "We don't know how to handle that type of situation." Now I need to re-classify or split the case where 1 part divorce, 1 part custody, and 1 part federal because the court system here has refused to address the situation. The entire system here looks at each other like they're dumb-founded, but, they will allow this hostaging/resriction to take place. This is a very serious concern of my own; How the court system "ASSUMES" they will just: stagger the freedom of children, and hinder children from having any access to their natural fathers. | fargo, north dakota |
| 996. | NIcole DiRosa | | Peru, IL |
| 997. | Janice Beneke | Changes need to made now before anymore non-custodial parents are hurt both financially and emotionally. Anyone who believes the current laws are fair, have never known anyone that has been through the current system. | Minneapolis, MN |
| 998. | Jennifer Carson | | Oelwein Iowa |
| 999. | Carla Hegeman Crim | amen | Ithaca, NY |
| 1000. | Delmar F. Crim | | Ithaca, NY |
| 1001. | Brenda Lynch | | Senoia, GA |
| 1002. | Patty Grant | | Hazleton Iowa |
| 1003. | Josh Doyle | | Oelwein Iowa |
| 1004. | Edwin T. Hicks | | Jacksonville Beach, Florida |
| 1005. | Leslie Crudup | | Philadelphia, PA |
| 1006. | Ines Montalvo | | East Haven, CT |
| 1007. | Marianne Fisher | | Lisbon, New York |
| 1008. | Krista K. Smith | | Navarre, FL |
| 1009. | Reed Smith | It's a child, not a paycheck! my ex wife frequently moves on a whim, I haven't had court ordered visitation with my daughter in almost a year. the courts can't or won't help me, all she gets is a slap on the wrist. My pay DECREASED since the last time CS was ordered, and my CS went UP...how in the world does that make sense? | Navarre, FL |

| | | | |
|---|---|---|---|
| 1010. | Teresa Hughes | | Asheville, NC |
| 1011. | C. Smith | | Pensacola, FL |
| 1012. | Angela Lyons | | Tacoma, WA |
| 1013. | Chad C. Elliott | Amen | Baraboo, Wisconsin |
| 1014. | john courtney | | madison, wi |
| 1015. | Karla Kern | | Rocklin CA |
| 1016. | Mr. James Hays, President Coalition of Fathers and Families NY, Inc. | I'm a Father and I VOTE. On behalf of the 2.5 Million non custodial parrents in New York State. | Clifton Park, NY |
| 1017. | Anthony Crudup | Thank god someone is doing something to help us | Philadelphia, PA |
| 1018. | Guy Lavigne | | Hawkesbury, Ontario, Canada |
| 1019. | Patrick F. Hughbanks | | Steilacoom, Wa. |
| 1020. | jeffrey erbs | | chippewa falls wi |
| 1021. | James F. Lenski | | Dalton, Massachusetts |
| 1022. | William Young | | Bohemia, New York |
| 1023. | Darryl Davidson | | Florida |
| 1024. | Rachel Forrest | children need both parents! | Exeter, NH |
| 1025. | Kevin Gunderson | | Kent Washington |
| 1026. | Jim Bale | I'm signing this petition in memory of my loving daughters who need me as much as I need them! | Ca |
| 1027. | Mark A. Wireman | My case alone proves that equal and civil rights and due process were violated (Hillsborough County Superior Court, Southern District, Nashua, NH - Docket # 02-M-419). | Clinton Township, MI |
| 1028. | Kevin J Hammond Jr | | Benson, Minnesota |
| 1029. | Gary Page | | Wesley Chapel, FL |
| 1030. | Donald R. Schropp, Jr. | The current policy is self destructive to the nation's welfare. | San Jose, CA |
| 1031. | Jeremiah Robertson | | Erie, PA |
| 1032. | Jamie Roemer | | Seattle, WA |
| 1033. | Jim Fredrickson | | Colorado Springs, Colo. |
| 1034. | Samantha Amott | | Pikeville, Ky |
| 1035. | Leticia Tirado-Edgel | | Vista, CA |
| 1036. | Bruce H. Osterle | I agree with your petition 200%!!! | Dekalb, IL |
| 1037. | Michele Lim | | Clifton, NJ |
| 1038. | william hoen | | concord, new hampshire |
| 1039. | Daniel Vogel | | Lagrange Ky |
| 1040. | eugene e berg | long overdue | bedford, nh |
| 1041. | Phillip D. Lyddon | Immediate action needed | The Dalles, OR 97058 |
| 1042. | Theodore P. Ban | | Hemet, CA |
| 1043. | Robert W. Renaud | | Palm City, FL |

| | | | |
|---|---|---|---|
| 1044. | Michael A. Galluzzo | | St. Paris, Ohio |
| 1045. | Carroll Potts | please give us fathers a chance to be in our kids lives as we should be in a civil society... | La Porte, TX |
| 1046. | Glenn Roser | Fathers desperatly needed in child raisings | Dayton Ohio |
| 1047. | Norman E Ryerson | I am one of those fathers. We need your help in restoring family, not just family values. | Eugene, Oregon |
| 1048. | Dominique Bezila | | Tucson, AZ. |
| 1049. | Kevin M. Sullivan | | Lancaster, NH |
| 1050. | Harold L. Rosenberger | | Highland, New York 12528 |
| 1051. | Frank Lefebvre | Children are gifts from God, not judges who think they're gods! | Canaan,NH |
| 1052. | Steve Kintgen | | Milaca,MN. |
| 1053. | Stephanie R. Talley | I do believe in child support- however, not to the point where another human cannot live a decent and successful life! Custodial parents need to "get real" too! | Silver Spring, Maryland |
| 1054. | Eve Harris | Listen to both parents | Atlanta, GA |
| 1055. | JAMES BOOTH | | HOUSTON, TX |
| 1056. | Jeff Oligny | May God help uncover the crimes and find fairness for the USA. | East Hampstead, NH |
| 1057. | leah eastman | | dracut, ma |
| 1058. | Brad Despres | | San Diego, California |
| 1059. | Jeffrey A. Bakken | Mother submitted false affidavit to the Court.Her attorney knows they're all lies too,yet this is the norm.I love my son and he loves me.This system is so crooked it's sickening.There isn't much us Fathers can do ,but pray to God.Theses woman and attorneys actually smile in Court. and while doing so will then tell the Judge you need anger management and Parenting classes because your straight faced with fear in your eyes.Master manipulators are what these women are. | White Bear Lake Mn. |
| 1060. | Daniel G. Grubbs | | Shutesbury, MA |
| 1061. | Michael J Geanoulis, Sr | Godspeed | New Castle, New Hampshire |
| 1062. | Eugene Lacriox Jr. | i am a non-custodial parent that wants his rights back | Woonsocket,RI 02895 |
| 1063. | Lorraine Pinette | Families are being ruined by the Courts | Riverview, FL 33567 |
| 1064. | Walter Lee Hansen | To be treated like this by the Family Court System is not why I served in the military for my country | Vanleer, Tennessee |
| 1065. | Christian Andreason | | Houston, Texas |
| 1066. | Kenneth Hart | Our founding forefathers would be embarrassed to see how perverted our family courts are today and the pain that attorneys and judges bring into the lives of so many innocent children – this is a social crisis that is truly of epidemic proportion that is eroding the confidence of our future society and the next generation of lawmakers. The divorce industry has quietly turned into one of the largest businesses in this country, stealing billions and billions of dollars from hard working individuals. My grandfathers left their | Baltimore, Maryland |

| # | Name | Comment | Location |
|---|---|---|---|
| 1067. | Denise Valocchi | country to come to America because of the tyrannical government they were living in and could no longer trust -- Is this what freedom does to us? Is government out of control? | Chesterland, Ohio |
| 1068. | john clark | The aforementioned abuses are in fact an encumberance to the whole engine of American productivity. By destroying the spirit and finances of decent American men, the nation is weakened and dulled. Legal reform of these problems would do more to boost the economy and national output than any tax cut or economic scheme. | plano, texas |
| 1069. | Lisa Gapser | PLEASE CHANGE THE LAWS IN ILLINOIS.. | Pontiac,Illinois |
| 1070. | June Marier | Childern deserve EQUAL access to both parents | Allenstown, NH |
| 1071. | Robert Costa | | Perry, Maine |
| 1072. | Randall V Phelps Sr | | Windsor, VA |
| 1073. | Arlen Dancer | HELP THE FATHERS BE FATHERS | KANSAS CITY KANSAS 66102 |
| 1074. | Barry Newman | help us poor loving dads! | oceanside,ca |
| 1075. | terry hester | | evansville, indiana |
| 1076. | Christopher D. Semrad | Praying for the best... | Paducah, Kentucky |
| 1077. | Don Schindler | Do something for Families, George! | Anchorage, AK |
| 1078. | Annette Bittner | | Walden, New York |
| 1079. | Ron Major | | Fairview, Oklahoma |
| 1080. | Carlos Carrillo | The way law enforcement agencies and district courts enforce the domestic violence laws is unconstitutional. It gives women free reign to abuse the laws and press false charges on their husbands and destroy the lives of entire families... I am speaking from experience | Des Plaines, IL |
| 1081. | Robert Bittner | | Walden, NY |
| 1082. | Ann Williamson | | Milwaukee, Wisconsin |
| 1083. | Michael C. Jenkins | | North Richland Hills, Texas |
| 1084. | David Gillis | | Margate Florida |
| 1085. | Janey M. Betik | I know a father in this situation & I support this petition 100%! | Grapevine, TX |
| 1086. | Dan Cleary | Please let me be the best father that I can be | Roswell, Georgia |
| 1087. | John C. Templin | So true | Kokomo, Indiana |
| 1088. | PAUL M. CLEMENTS | | CONCORD, NH |
| 1089. | Thomas Dale IV | What we should be pushing for is the ARTIFICAL WOMB!!!! | BOSTON,MA |
| 1090. | Joan T. Kloth | | Southbury |
| 1091. | Ray H. Marier II | | Allenstown, NH. |
| 1092. | John Haddakin | I know the judicial system has been very unfair to me. | Dresden, Tn. 3822:; |
| 1093. | Bruner Hanabarger | | Onalaska WI |
| 1094. | dave jenkins | | Thayne, Wy. |
| 1095. | Lanny Davidson | Fathers LOVE their children TOO! | Miami, Florida. |
| 1096. | Hoyt D Ritchie Jr. | | Fontana, California |
| 1097. | Michael & | "busted" noncustodial dad - wealthy custodial mom | Chapel Hill, NC |

| # | Name | Comment | Location |
|---|---|---|---|
| 1098. | Christine Larson Holly Woodside | | Goffstown, NH |
| 1099. | william m. stapelkemper | | Irving Texas |
| 1100. | Gregory L. Semrad | | Fayetteville, AR. |
| 1101. | John Jackson | | Buena Park, Ca |
| 1102. | Albert L. Semrad | | Enid, Ok |
| 1103. | Michael A. Smith | In America, family 'justice' is driven by sexism that is so virulent and destructive that it makes ALL other sexist bigotry TRIVIAL. America has had 35 - 40 years of child abuse and family destruction in the name of 'women's rights'. A woman's 'right to choose' has been effectively and unjustly extended to whether a child is freely loved, cared for, and parented by TWO natural parents. Our US and State Constitutions are summarily bypassed and ignored in the name of righteous father SCAPEGOATING, while America's fatherless children make up 75% of our H.S. failures, substance abusers, criminals, etc. ... in the name of 'the best interests of the children'. Unconstitutional and unnatural Government-condoned and subsidized kidnapping, child exploitation, child abuse, and America's most common deadly domestic violence, male suicide, needs to be resolved. As court target, I've paid between about 60% and 218% of my gross income in 'support', never late, for three kids I've never been able to see in peace. | Portsmouth, NH |
| 1104. | Paul A. Smith | | Ipswich, MA |
| 1105. | Gary Towery | | Dallas, Georgia 30 5" |
| 1106. | Monica Gibbs | | Atlanta, GA |
| 1107. | Christine Newcombe | | Atlanta, GA |
| 1108. | Julie Dragich | Kids deserve 2 parents | atlanta, ga |
| 1109. | David M. Poff | Our Courts can sanction racial discrimination, protect same sex relationships, and allow religion to be stricken from public view. It is no wonder they can support the destruction of the "Family" through malice and contempt for the Constitution they were hired to protect and defend. We the people are taking back our constitution. Judges and Legislators beware. Your day of reckoning is near; you are fired! You will be replaced by members of this society that remember why they are proud to be Americans, and will display the gratitude and humility to those of us who will put them in your jobs that they should display as our humble servants, unlike you who feel we are YOUR humble servants. Stand up and show yourselves so you may be removed. | Paige, TX |
| 1110. | Ronald E. Biron | | Concord New Hampshire |
| 1111. | cathy priest | Daniel Cleary will be a Great Father and he needs to be a part of his sons life from day one. | Atlanta, GA |

| # | Name | Comment | Location |
|---|---|---|---|
| 1112. | Matthew J. Owens | | Marietta, Georgia |
| 1113. | Derek Robinson | I am a perfect example of this. I did nothing except provide everything for my wife and she went and cheated so now we are divorced, have little time with my son, and her new boy friend gets to spend more time with him then i do. Is there something wrong with this picture? | Savannah, GA |
| 1114. | kari bullock | | spanaway WA 98387 |
| 1115. | Keitha Faile | | Atlanta, GA |
| 1116. | Kevin A. Cleary | not all fathers are deadbeat | Ione, Calif. |
| 1117. | JOHN ABEL | | Yakima, WA |
| 1118. | Becky Batiz | | Chicago, IL |
| 1119. | Christine Abbott | | Charlton, MA |
| 1120. | James Cleary | It is time to protect the fathers who want to do the right thing for thier children | Granite Bay, Ca |
| 1121. | Daniel Saldivar | I have seen some of my friends lives be ruined by current child support laws and it doesn't seem right or fair | Houston Texas |
| 1122. | Paula Allen | | Indianapolis, Indiana |
| 1123. | Jose David Escalante | | Salt Lake City, Utah |
| 1124. | Tracy Collett | | Atlanta, Georgia |
| 1125. | Doug Davenport | | Atlanta, GA |
| 1126. | Donna Treece-Rouse | donnacatherinetreece@yahoo.com TO WHOM IT CONCERNS: | Round Rock Texas |
| 1127. | Gregg Gillaspy, CPA, CFP | Please bring fairness to noncustodial parents and uphold their rights to be a parent to their children and not just visitors. | Columbia, MO |
| 1128. | John P. Bertrand Sr. | | Peru, IN |
| 1129. | Merry Lansdale | | Sinton, Texas |
| 1130. | Amy Rutherford | | Lakeland FL |
| 1131. | Jefferson Howery | | Oakland, CA. |
| 1132. | Dr. Matthew M. Curtin | Having interacted with the family court system, any reasonable person would conclude it destroys lives, particularly the children. An entire industry has sprung up feeding off the system, such as attorneys, custody evaluators, psychiatrists, etc. Mediation should be required in all cases, and if a parent refuses to try to mediate their rights should be removed until such times as they become mature enough to raise a child. | Phoenixville, PA |
| 1133. | Jayme Farmer | this needs to be changed urgently | Atlanta, GA |
| 1134. | Melissa Ann Johnson | Its time the Government starts to realize the destruction they are doing to the innocent parents and children who are afflicted by our bias court system. Its the kids who suffer most by the separating practices implimented in our court systems. It took 2 to make them, by Gosh, let 2 raise them even after divorce. | Sheldon, Iowa |
| 1135. | Gina Stults | | Douglasville, GA |
| 1136. | Rebecca | | Atlanta |
| 1137. | Tim Stanley | | Acworth, Ga 30101 |

| # | Name | Comment | Location |
|---|---|---|---|
| 1138. | Chris Neill | | Atlanta GA |
| 1139. | Erin Richardson | | Mableton, GA |
| 1140. | Diana Newell | | Carefree AZ |
| 1141. | Jose Denis | | Fort Lauderdale, FL |
| 1142. | Allen N. | | Owings Mills, MD. |
| 1143. | Lynn Cleary | If this law is not changed, I may never see my grandson.....please help us | Sanford Florida |
| 1144. | Jonathan Nadler | I fully support this cause, it's long overdue | Atlanta, GA |
| 1145. | George Markle | | Lubbock, Texas |
| 1146. | Terrence Fischer | sales | bakersfield california |
| 1147. | Susan Jenkins | | Thayne, Wyoming 83127 |
| 1148. | Gina Schudi | | Delano, MN |
| 1149. | Patrick Yellen | | fort ann new york |
| 1150. | James T. Constant | | Rancho Santa Margarita, CA |
| 1151. | Mark Lachowitzer | | Hutchinson, MN |
| 1152. | Donna Johnston | We are Looking for Minnie Renee Wallace,(mother) Feb 20th, 1975 / Marie Amber Renee Wallace(Mask) 12 y/o /Samantha Ann Renee Wallace(Mask) 9 y/o / Daniel M. Ursery(Mother's new b/f) /or Carol Wallace(Grandmother) All have disappeared from Denver CO area...could be in GA, LA, or an area close. We miss you Marie and Sammy, and we love you more than your allowed to know! If anyone knows anything...please email me at oldchevylover@msn.com | Ft. Collins, CO |
| 1153. | Cheryl Rosati | I agree | Maple Grove, MN |
| 1154. | Lawrence L. Whitcomb | | Victoria, Minnesota |
| 1155. | Charles J Allen | I hope and pray my children live in a society that views fathers not as a source of income but as a father. My hope is that fathers everywhere can stand up to the unfairness of the system that has torn us out of the lives of our children. Together we can change the system, If not for us then for our sons and daughters! | Shrewsbury, Massachusetts |
| 1156. | Ryan Clapp | | Maple Grove, MN |
| 1157. | David Houston Dunn | Divorce Industry!?!?! WTF! | Waco |
| 1158. | Tony Howden | Kids need both moms and dads. Gender feminists (man bad/woman good types) should be removed from any discussion on this subject as it is a far to important one to allow gender politics to play a part. Equity feminists on the other hand who beleive in "Fairness, Equality & Justice" need to be heard. | Darwin, NT |
| 1159. | Richard Sowell | I'm concidered one of those dead beat dads and i work pay taxes and child support while the mother does absoloutly nothing"BUT COLLECT" | ST.JOSEPH MISSOURI |
| 1160. | Allen hutchinson | really should be remade to show that the fathers that take care of they kids should be terated fairly. | Springfield Virginia |

| # | Name | Comment | Location |
|---|------|---------|----------|
| 1161. | GaetanoPuglisi | | Hemet,Ca. |
| 1162. | Faith DiRosa | | Peru, IL |
| 1163. | gloria castillo | fathers do no have any rights, They pay, and get their hearts torn apart also. It is hard on a fathers not just mothers. | houston texas |
| 1164. | Stacey Greening | This is a long awaited change!!!!!! | Northville, MI |
| 1165. | Keith Mask | http://www.msnusers.com/SupportforParentalAlienationIssues | Ft. Collins, CO |
| 1166. | Joey PAtrick | | Conyers, GA |
| 1167. | BJ Hill | http://www.deltabravo.net/custody/malice.htm Good link that shows what Malicious Mother Syndrome looks like. I guess no one understands how serious these issues are unless it is or has happened to them....too bad lawmakers, and the like, are ignoring our future generations....allowing them to become very screwed up in the system....bet they will be wishing they'd have done something...in a few years when these screwed up kids are adults and in charge of the country, and their nursing home benefits. | Loveland, CO |
| 1168. | Adrienne Neal | | Ellenwood, GA |
| 1169. | Jeffrey L. Allen | | Monroe, Ga |
| 1170. | Robert Haffly | | Locust Grove Georgia |
| 1171. | Kenneth D. ODonnell | | Red Lake Falls, MN |
| 1172. | James Marques | | Danville NH |
| 1173. | Ted Neumann | | Altamont, New York |
| 1174. | CANDACE JOHNSON | I TOTALLY AGREE WITH YOU, TO ALL THOSE HAD WORKING FATHERS THAT WANT TO BE INVOLVED IN THEIR CHILDRENS LIVES, YOU DESERVE YOUR RIGHTS TOO. | CONYERS GA |
| 1175. | Tressa Walden | | Centralia,Illinois |
| 1176. | Jeff Bakken | Your a Father, help us get our God Given rights | white bear lake mn. |
| 1177. | Loren Pearce | Equal parenting time and rights aligned with parents of intact families are the only constitutionsal way. | North Ogden, Utah |
| 1178. | Lori Hornbeek | | Lakeland, Fla. |
| 1179. | Destiny Barton | | tampa,Fl |
| 1180. | Gary Hornbeek | | Lakeland,FL |
| 1181. | Robert | | Tampa,Fl |
| 1182. | Joseph Hagendorfer, Jr. | | Milton, Florida |
| 1183. | Michael Castillo | I havesnt seen my son in over a month becauseof Texas law: A mom has right to take a child without notice to wherever she wants to without regards to the childs family or concern, thus is my cvase i am bankrupt over this and need more legal assistance to get my son back!!!!! | Houston, Texas |
| 1184. | Misty York | | Pendleton, IN |
| 1185. | Clay Lenhart | | Atlanta, GA |
| 1186. | Michael Burns | | Chicago, IL |
| 1187. | sigmund poston | | Rural Hall, NC 27045 |
| 1188. | Stan A. Cole | I made many of these same arguements to Georgia's Child Support | Conyers, Ga. |

| # | Name | Comment | Location |
|---|---|---|---|
| 1189. | Chris Beningo | Department (which I voluntarily agreed to send my payments to 13.5 years ago, and have never been late to or delinquient with) and they assured me that they wouldn't force me to work two jobs anymore, a week later they doubled my child support! I have had to work two JOBS for the last 13.5 years to pay while my ex has steadily made less money and worked less hours. ENOUGH!!! | Elverson, Pa. |
| 1190. | DAVID M DUFFY | JOINT CUSTODY PAYING FULL SUPPORT | ACWORTH, GA 30101 |
| 1191. | Christine Oakes | | Troy, NH 03465 |
| 1192. | Leah Jorgensen | | Houston, TX |
| 1193. | Robbin Rainer | I have seen many Fathers denied there rights and I think this will finally give them equal opportunities after a failed marrage | Houston, TX |
| 1194. | julie shell | | Houston, TX |
| 1195. | Dennis F. Mazone | Things are out of hand in NJ | Rutherford, NJ |
| 1196. | Jennifer R. Tempel | I think it's a shame when good fathers are made to feel like criminals | Rutherford, NJ |
| 1197. | Kari Woodring | | Portola Hills, CA |
| 1198. | Brian Manchester | | Berlin,NH |
| 1199. | Michelle Clouse | | Seymour,IN |
| 1200. | Job Levesque | I completely agree, and hope that this goes through, for the families and children of America's sake. | Albuquerque, NM |
| 1201. | Chivas Levesque | With the hell that my step-daughter's been through with her biological mother, and her family. It needs to be seen that there are fathers out there who are the best interest of the child, and are fully capable of taking care the children. Regardless of their sex. | Albuquerque, NM |
| 1202. | James Leavitt IV | | Coshocton, Ohio |
| 1203. | Jeff Carr | | Dunnellon,Florida |
| 1204. | Deborah Phelps | | Dunnellon, Florida |
| 1205. | Derek McNeil | True fathers should not be deprived of the right to be fathers. The mother quite often is the worst one for the children to have to live with. I have two right now who badly want to live with me but can't because the mother won't give them up. They are very unhappy. I could go on but this isn't for me to vent. But something needs to be done as more often than not the mothers are using the children as a way to hurt and punish the fathers. Children are not inanimate objects to be used at someones whim to hurt another nor as a way of getting money. I suffered as a child through what I just described. | Houston, Tx 77004 |
| 1206. | Jennifer M. Cates | | Houston, Texas |
| 1207. | John L. Forsyth | you would think the gender-bias board of texas would at least be interested... | Houston, Texas |
| 1208. | Gregory R. Young | | Cinnaminson, NJ |
| 1209. | Stephen Hinkebebein | | Humble, Tx |
| 1210. | Steven Rosamilia | President, We the People, www.wevote.com | Cedar Grove, NJ |
| 1211. | Amy Blanton | | Cincinnati, Ohio |

| | | | |
|---|---|---|---|
| 1212. | michael douberly | | vidalia ga |
| 1213. | Ronald Brown | | Salinas, Ca |
| 1214. | george schwenzfeger | we need this and more!! | NY(NY |
| 1215. | Theresa Wachholder | | Algonquin, IL |
| 1216. | Antonio Pego Jr | We must band together to make difference | Merritt Island, FL 32953 |