IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Cause No.: 04-30200-MAP

Joseph F. SCHEBEL, Jr., individually, and )
on behalf of all persons similarly situated, )
  )
  Plaintiffs-Petitioners, )
  )
v. )
  )
COMMONWEALTH of MASSACHUSETTS, )
  )
  Defendant-Respondent. )

## Demand for Jury Trial

Comes now the principal Plaintiff-Petitioner, Joseph F. Schebel, Jr., and also on behalf of all persons so similarly situated, and demands trial by jury of all issues within this cause so triable, pursuant to Rule 5(d) and Rule 38(b) of the Federal Rules of Civil Procedure, any applicable local rules of this Court, and the Seventh Amendment to the United States Constitution.

Said Demand now therefore made and reserved inviolate herein.

Respectfully submitted,

Joseph F. Schebel, Jr.

1

## CERTIFICATE OF SERVICE

I hereby certify that, on this __4__ day of October, 2004, a true and complete copy of the foregoing demand for jury trial, by depositing the same in the United States mail, postage prepaid, has been duly served upon the following:

(Governor for the Commonwealth of Massachusetts):
Mitt Romney
Office of the Governor
State House
Room 360
Boston, MA 02133

(Attorney General for the Commonwealth of Massachusetts):
Tom Reilly
Office of the Attorney General
1 Ashburton Place
Boston, MA 02108-1698

_____
Joseph F. Schebel, Jr.

Joseph F. Schebel, Jr.
71 Columbia Drive
Feeding Hills, MA 01030
413-789-7515