IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Cause No.: 04-200-KPN

| | |
|---|---|
| Joseph F. SCHEBEL, Jr., individually, and on behalf of all persons similarly situated, | ) ) ) |
| Plaintiffs-Petitioners, | ) ) |
| v. | ) ) |
| COMMONWEALTH of MASSACHUSETTS, | ) ) |
| Defendant-Respondent. | ) ) |

**Notice of Motion for Consolidation and Transfer
by the Judicial Panel on Multi District Litigation**

**TO THE CHIEF JUDGE OF THIS DISTRICT:**

Comes now the principal Plaintiff-Petitioner, Joseph F. Schebel, Jr., individually, and also on behalf of all persons so similarly situated in this action (together, "the Class"), pursuant to 28 USC § 1407 of the United States Code, and respectfully notifies this Court of the submission of this related action to the Judicial Panel on Multi District Litigation, by attaching the requisite Motion being contemporaneously filed with the JPML, and submitting the following in support:

1. On this same date, it is reported that virtually identical actions are also being filed within the various district courts of at least forty (40) of the fifty (50) several States, and on behalf of an estimated 22 million – or more – United States citizens, ostensibly all for the direct purposes of enforcing similar and identical substantive rights existing under the Constitution and laws of the United States. *See*, e.g.: **Exhibit #1** of the contemporaneously filed <u>Verified Complaint, et seq.</u>

1

2. The aggregate of all such aforementioned actions represent multiple adverse Defendant States in each of the first eleven (11) federal judicial Circuits.

3. There are several questions of law or fact common to the putative Classes in all of the aforementioned actions, and the claims of all putative Classes are at least typical of, if not even identical to, the claims of the putative Class in this action as a whole.

4. That any separate prosecution of these actions would create an inherent risk of: (A) inconsistent or varying adjudications with respect to this Class, which would establish incompatible standards of conduct for future actions, responsibilities, and privileges of the members of this Class, as potentially opposed to the same causes and effects for the members of the other Classes; and, (B) adjudications with respect to this Class which would as a practical matter be dispositive of the interests of the other Classes; and, (C) the Defendant state parties opposing the various Classes have acted or refused to act on grounds generally applicable to this Class, thereby making appropriate and necessary, in the interests of justice, all such final relief awarded with respect to all such Classes uniform and applied as a whole.

5. Further, the Class notes, for the convenience of the Court, that certain claims and interests being raised and prosecuted by all such actions – primarily those alleging clearly demonstrated acts by the Defendant States of engaging in widespread patterns of willful, knowing, intentional, and/or reckless denials of various civil rights – are being forwarded to the Office of the United States Attorney General on this date of filing, and that the Attorney General appears to have wide discretionary authority to intervene in at least portions of these proceedings, on behalf of any such Class, and using a variety of procedural methods, pursuant to various statutory provisions of the United States Code. *See*, e.g.: 31 USC § 3730, et seq.; 42 USC § 2000b, et seq.; 42 USC § 2000h-2, et seq.; 42 USC § 14141, et seq., and etc.

**WHEREFORE**, the undersigned Principal Plaintiff, Joseph F. Schebel, Jr., individually, and on behalf of all putative plaintiffs so similarly situated in this action (together, "the Class"), now and together notify this Court of pending consolidation and transfer of this action by the Judicial Panel on Multi District Litigation, and pray for all relief that is just and proper in the premises.

Respectfully submitted,

_____
Joseph F. Schebel, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that, on this __4__ day of October, 2004, a true and complete copy of the foregoing notice of pending consolidation by the Judicial Panel on Multi District Litigation, by depositing the same in the United States mail, postage prepaid, has been duly served upon:

(Governor for the Commonwealth of Massachusetts):
Mitt Romney
Office of the Governor
State House
Room 360
Boston, MA 02133

(Attorney General for the Commonwealth of Massachusetts):
Tom Reilly
Office of the Attorney General
1 Ashburton Place
Boston, MA 02108-1698

_____
Joseph F. Schebel, Jr.

Joseph F. Schebel, Jr.
71 Columbia Drive
Feeding Hills, MA 01030
413-789-7515

# EXHIBIT

# "1"

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

In re National Shared Parenting Litigation          MDL No.: _____

## Motion for Consolidation and Transfer of Related Actions

**To The Judicial Panel on Multidistrict Litigation:**

Comes now one principal Plaintiff-Petitioner, Torm L. Howse, individually, and also on behalf of all persons so similarily situated in an action filed in the Southern District of Indiana, Indianapolis Division (together, "the Class"), pursuant to 28 USC § 1407 of the United States Code, and certain JPML Rules, and respectfully moves this Panel to consider the transfer of numerous present and like class actions, for the consolidation of all appropriate pretrial proceedings therein, by submitting the following in support:

1. On this same date, it is reported that virtually identical actions are being filed within the various district courts of at least forty (40) of the fifty (50) several States, on behalf of at least 22 million United States citizens, and ostensibly all for the direct purposes of enforcing similar and identical substantive rights existing under the Constitution and laws of the United States.

2. At last and best knowledge, such related actions are filed and known by the familiar names, titles, and courts given below, and that the various principal plaintiffs are already in the

1

process of forwarding to the Clerk of this Panel all such relevant information, including formal case name and numbers, districts and divisions, as well as the judges assigned, that will assist the Clerk in organizing this proceeding, and in developing the appropriate Panel Service List.

3. Such related actions for the consideration of this Panel are alleged to include *at least*:

**Weiss, et aL, v. Alabama, Middle District of Alabama, Northern Division**

**Ramey, et aL, v. Alaska, District of Alaska, Anchorage Division**

**Simpson, et aL, v. Arizona, District of Arizona, Tucson Division**

**Hardin, et aL, v. Arkansas, Western District of Arkansas, Fort Smith Division**

**Holmes, et aL, v. California, Northern District of California, San Jose Division**

**Deaton, et aL, v. Colorado, District of Colorado, Denver Division**

**Ammann, et aL, v. Connecticut, District of Connecticut, New Haven Division**

**Book, et aL, v. Idaho, District of Idaho, Boise Division**

**Lasheff, et aL, v. Illinois, Eastern District of Illinois, Chicago Division**

**Howse, et aL, v. Indiana, Southern District of Indiana, Indianapolis Division**

**Lisk, et aL, v. Iowa, Southern District of Iowa, Davenport Division**

**Lessman, et aL, v. Kansas, District of Kansas, Topeka Division**

**Collins, et aL, v. Kentucky, Eastern District of Kentucky, Lexington Division**

**Ward, et aL, v. Louisiana, Eastern District of Louisiana, New Orleans Division**

**King, et aL, v. Maryland, District of Maryland, Baltimore Division**

**Witte, et aL, v. Minnesota, District of Minnesota, Third Division**

**Parsons, et aL, v. Missouri, Western District of Missouri, Southern Division**

**Morehouse, et aL, v. Nebraska, District of Nebraska, Omaha Division**

**DiCicco, et aL, v. Nevada, District of Nevada, Las Vegas Division**

Oligny, et al., v. New Hampshire, District of New Hampshire, Concord Division

Dyk, et al., v. New Jersey, District of New Jersey, Trenton Division

Pettit, et al., v. New Mexico, District of New Mexico, Roswell Division

Rohling, et al., v. New York, Northern District of New York, Albany Division

Chapman, et al., v. North Carolina, Eastern District of North Carolina, Raleigh Division

Riemers, et al., v. North Dakota, District of North Dakota, Grand Forks Division

Strohm, et al., v. Ohio, Southern District of Ohio, Columbus Division

Chapman, et al., v. Oklahoma, Eastern District of Oklahoma, Tulsa Division

Lee, et al., v. Oregon, District of Oregon, Eugene Division

Watson, et al., v. Pennsylvania, Eastern District of Pennsylvania, Philadelphia Division

Watson, et al., v. South Carolina, District of South Carolina, Charleston Division

Haack, et al., v. South Dakota, District of South Dakota, Sioux Falls Division

Bitara, et al., v. Texas, Southern District of Texas, Houston Division

Donley, et al., v. Vermont, District of Vermont, Burlington Division

Yohn, et al., v. Virginia, Eastern District of Virginia, Norfolk Division

Creed, et al., v. Wisconsin, Eastern District of Wisconsin, Milwaukee Division

4. That in addition, it is either known or suspected that similar actions are also being contemporaneously filed, or will be shortly filed, in various district courts among the states of Delaware, Florida, Georgia, Maine, Massachusetts, Michigan, Tennessee, Utah, Washington, and West Virginia, and that representatives in all other remaining states, and in the United States territories and possessions, may soon thereafter file their own "tagalong" actions.

5. It is urged that this Panel should not leave any such actions subject to a substantial risk of incurring, either in the future, or in the present, a multitude of otherwise inconsistent decisions

by reason of the claimed interests, and also that: (1) there are questions of law or fact common to all of the putative classes in these actions; (2) the claims of all such related actions are at least typical of, if not even identical to, the claims of the instant action as a whole.

6. Your principal movant also notes, for the convenience of the Panel, that certain claims and interests being raised and prosecuted by all such related actions – primarily those alleging particularly and clearly demonstrated actions by the Defendants, of engaging in widespread patterns of willful, knowing, intentional, and/or reckless denials of various civil rights – are also being presently submitted to the Office of the United States Attorney General, and that the Attorney General has wide discretionary authority to intervene in at least portions of all such proceedings, on behalf of any or all such classes, and using a variety of procedural methods, pursuant to various statutory provisions of the United States Code. *See*, e.g.: 31 USC § 3730, et seq.; 42 USC § 2000b, et seq.; 42 USC § 2000h-2, et seq.; 42 USC § 14141, et seq., and etc.

7. Lastly, your undersigned movant states and alleges that based upon numerous discussions with representatives from such above related actions, an agreement exists as to the importance and significance of the implications involved with any decisions made within these proceedings, and that therefore, this Panel should be urged to direct that consolidated litigation should be supervised by a district court panel of at least three or more judges, with an odd number thereof.

**WHEREFORE**, the undersigned principal movant, Torm L. Howse, individually, and also on behalf of an exceedingly numerous multitude of plaintiffs so similarly situated (together, "the Classes"), now and together pray this Panel for an appropriate order: (1) consolidating and transferring all such related actions into and under the management of a single district court of the United States for any and all pre-trial proceedings, and any necessary trial proceedings thereupon; (2) for the Panel's direction that such consolidated proceedings be administered by

the majority or consensus rulings of a panel of three or more judges in such district court selected by this Panel; and, for all other relief that is just and proper in the premises.

Respectfully submitted,

*[signature]*

Torm L. Howse

## CERTIFICATE OF SERVICE

I hereby certify that, on this __17th__ day of September, 2004, a true and complete copy of the foregoing motion with this Panel for consolidation and transfer of all such related actions, has been caused to be served, by either the assistance of third-party disinterested servers, or by depositing the same within the United States mail, postage prepaid, upon the duly recognized legal representatives of each and every defendant party of all such above related actions.

*[signature]*

Torm L. Howse

Torm L. Howse
206 North Main Street
Whitestown, Indiana 46075
1-317-769-6108

5