IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Cause No.: 04-30200-KPN

Joseph F. SCHEBEL, Jr., individually, and )
on behalf of all persons similarly situated, )
                                              )
          Plaintiffs-Petitioners,             )
                                              )
v.                                            )
                                              )
COMMONWEALTH of MASSACHUSETTS,                )
                                              )
          Defendant-Respondent.               )

## Verified Request for Three-Judge Panel

**TO THE CHIEF JUDGE OF THIS DISTRICT:**

Comes now the principal Plaintiff-Petitioner, Joseph F. Schebel, Jr., and also on behalf of all persons so similarly situated in this action, and hereby formally requests that a panel of three qualified and competent judges from either the resources of this Court, and/or of this entire District, be now declared and appointed to share duties over these proceedings.

In support, we would show the Chief Judge, and this Court, that this action, made and prosecuted on behalf of at least 245,921 plaintiffs against the Commonwealth of Massachusetts for various claims, has extremely broad or significant implications in the administration or interpretation of the law, raises complex issues of law, and is of the utmost paramount interest to the public at large, and society as a whole, with tremendous repercussions being inherent to the posterity of any interlocutory or final decisions eventually made herein.

1

With respect and gratitude,

_____
Joseph F. Schebel, Jr.

## VERIFICATION

I hereby declare, verify, certify and state, pursuant to the penalties of perjury under the laws of the United States, and by the provisions of 28 USC § 1746, that all of the above and foregoing representations are true and correct to the best of my knowledge, information, and belief.

Executed at __Feeding Hills__, __MASS__ this __4__ day of October, 2004.

_____
Joseph F. Schebel, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that, on this _____ day of October, 2004, a true and complete copy of the foregoing request for three-judge panel, by depositing the same in the United States mail, postage prepaid, has been duly served upon the following:

(Governor for the Commonwealth of Massachusetts):
Mitt Romney
Office of the Governor
State House
Room 360
Boston, MA 02133

(Attorney General for the Commonwealth of Massachusetts):
Tom Reilly
Office of the Attorney General
1 Ashburton Place
Boston, MA 02108-1698

_____
Joseph F. Schebel, Jr.

Joseph F. Schebel, Jr.
71 Columbia Drive
Feeding Hills, MA 01030
413-789-7515

2