UNITED STATES DISTRICT COURT
WESTERN DISTRICT

CIVIL ACTION NO. 04-30200-KPN

_____
                                        )
JOSEPH F. SCHEBEL, JR., individually and on   )
behalf of all persons similarly situated,     )
                                        )
          Plaintiffs-Petitioners,             )
                                        )
v.                                      )
                                        )
COMMONWEALTH OF MASSACHUSETTS,          )
                                        )
          Defendant-Respondent.         )
_____)

**ENTRY OF APPEARANCE**

       Timothy M. Jones, Assistant Attorney General for the Commonwealth of Massachusetts, hereby
enters an appearance on behalf of the defendant, Commonwealth of Massachusetts.

                         **COMMONWEALTH OF
                         MASSACHUSETTS,
                         THOMAS F. REILLY
                         ATTORNEY GENERAL**


                    By:  /s/ Timothy M. Jones
                         Timothy M. Jones
                         Assistant Attorney General
                         Western Massachusetts Division
                         1350 Main Street, 4th Floor
                         Springfield, MA 01103
                         (413)784-1240 ext. 105
                         (413)784-1244 - Fax
                         BBO#618656

CERTIFICATE OF SERVICE
       I, Timothy M. Jones, hereby certify that on February 18, 2005, I served a copy of the foregoing
**ENTRY OF APPEARANCE** by First-Class Mail, postage prepaid, on the following parties of record:
       Joseph F. Schebel, Jr., pro se
       71 Columbia Drive
       Feeding Hills, MA 01030


                         _____
                         Timothy M. Jones