UNITED STATES DISTRICT COURT
WESTERN DISTRICT

CIVIL ACTION NO. 04-30200-KPN

|  |  |
|---|---|
| JOSEPH F. SCHEBEL, JR., individually and on behalf of all persons similarly situated, | ) ) ) |
| Plaintiffs-Petitioners, | ) |
| v. | ) ) |
| COMMONWEALTH OF MASSACHUSETTS, | ) ) |
| Defendant-Respondent. | ) |

**COMMONWEALTH'S MOTION TO ENLARGE TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT AND OTHER PLEADINGS**

The Attorney General, on behalf of the defendant, Commonwealth of Massachusetts, submits this motion to enlarge the time to respond to plaintiff's complaint and other pleadings. In support of this motion, the defendant states the following:

1. The plaintiff, who previously filed related litigation in this Court, see C.A. 03-30138 and C.A. 03-30193 (dismissed by the Court in about February 2004), served the complaint in this matter on February 3, 2005. The complaint in this action is 43 pages long. It contains 150 separate paragraphs and purports to allege over 20 separate claims. See Complaint, pp. 11-42. It is allegedly brought as a class action. The plaintiff has also served and filed additional pleadings ("Additional Pleadings"), including a "Verified Motion for Certification of Class; and, Request for Appointment of Class Counsel," "Notice of Motion for Consolidation and Transfer by the Judicial Panel on Multi District Litigation," and "Verified Request for Three-Judge Panel."

2. The undersigned Assistant Attorney General needs additional time to investigate

thoroughly the allegations and claims in the lengthy complaint.

3. The undersigned attempted to contact the plaintiff to request his assent to this motion but the telephone call was not returned.

WHEREFORE, the Commonwealth requests that the Court enter an order (1) extending the deadline to respond to the complaint by 60 days, or until and including April 25, 2005, (2) holding the Additional Pleadings in abeyance, and (3) extending the deadlines to respond to the Additional Pleadings until a time to be determined by the Court after the Commonwealth responds to the complaint.

**COMMONWEALTH OF MASSACHUSETTS, THOMAS F. REILLY ATTORNEY GENERAL**

By: /s/ Timothy M. Jones
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
(413)784-1240 ext. 105
(413)784-1244 - Fax
BBO#618656

CERTIFICATE OF SERVICE

    I, Timothy M. Jones, hereby certify that on February 18, 2005, I served a copy of the foregoing **COMMONWEALTH'S MOTION TO ENLARGE TIME RESPOND TO PLAINTIFF'S COMPLAINT AND OTHER PLEADINGS** by First-Class Mail, postage prepaid, on the following parties of record:

    Joseph F. Schebel, Jr., pro se
    71 Columbia Drive
    Feeding Hills, MA 01030

                                                                             _____
                                                                             Timothy M. Jones


CERTIFICATION PURSUANT TO RULE 7.1

    I, Timothy Jones, hereby certify that pursuant to Rule 7.1(A)(2) of the Local Rule of the United States District Court, I attempted to confer with the plaintiff to obtain his assent to this motion, but my telephone call was not returned.

                                                                   _____
                                                                      Timothy M. Jones