UNITED STATES DISTRICT COURT
WESTERN DISTRICT

CIVIL ACTION NO. 04-30200-KPN

| | |
|---|---|
| JOSEPH F. SCHEBEL, JR., individually and on behalf of all persons similarly situated, | )<br>)<br>) |
| Plaintiffs-Petitioners, | )<br>) |
| v. | )<br>) |
| COMMONWEALTH OF MASSACHUSETTS, | )<br>) |
| Defendant-Respondent. | )<br>) |

**COMMONWEALTH'S MOTION TO DISMISS**

The Attorney General, on behalf of the defendant, Commonwealth of Massachusetts, submits this motion to dismiss for all the reasons provided in the Commonwealth's memorandum in support of its motion to dismiss, which is incorporated herein.

Wherefore, the Commonwealth of Massachusetts respectfully requests that the Court grant the motion to dismiss and dismiss all claims with prejudice.

**COMMONWEALTH OF MASSACHUSETTS,
THOMAS F. REILLY
ATTORNEY GENERAL**

By: /s/ Timothy M. Jones
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
(413)784-1240 ext. 105
(413)784-1244 - Fax
BBO#618656

1

CERTIFICATE OF SERVICE

    I, Timothy M. Jones, hereby certify that on April 25, 2005, I served a copy of the foregoing **COMMONWEALTH'S MOTION TO DISMISS** by First-Class Mail, postage prepaid, on the following parties of record:

    Joseph F. Schebel, Jr., pro se
    71 Columbia Drive
    Feeding Hills, MA 01030

                            By:   /s/ Timothy M. Jones
                                    Timothy M. Jones