UNITED STATES DISTRICT COURT
WESTERN DISTRICT

CIVIL ACTION NO. 04-30200-KPN

| | |
|---|---|
| JOSEPH F. SCHEBEL, JR., individually and on behalf of all persons similarly situated, | ) ) ) |
| Plaintiffs-Petitioners, | ) ) |
| v. | ) ) |
| COMMONWEALTH OF MASSACHUSETTS, | ) ) |
| Defendant-Respondent. | ) ) |

**COMMONWEALTH'S MOTION TO STAY**

The Attorney General, on behalf of the defendant, Commonwealth of Massachusetts, submits this motion to stay. The Commonwealth has filed a motion to dismiss this action in its entirety. Thus, in the interest of judicial economy and preclusion of inconsistent decisions and orders, this Court should stay all litigation with respect to the plaintiff's other pleadings filed to date, including "Verified Motion for Certification of Class; and, Request for Appointment of Class Counsel," "Notice of Motion for Consolidation and Transfer by the Judicial Panel on Multi District Litigation," and "Verified Request for Three-Judge Panel."

Wherefore, the Commonwealth of Massachusetts respectfully requests that the Court stay all proceedings in this matter except those related to the motion to dismiss the action in its entirety.

**COMMONWEALTH OF MASSACHUSETTS,
THOMAS F. REILLY
ATTORNEY GENERAL**

By: /s/ Timothy M. Jones
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
(413)784-1240 ext. 105
(413)784-1244 - Fax
BBO#618656

CERTIFICATE OF SERVICE

    I, Timothy M. Jones, hereby certify that on April 25, 2005, I served a copy of the foregoing **COMMONWEALTH'S MOTION TO STAY** by First-Class Mail, postage prepaid, on the following parties of record:

Joseph F. Schebel, Jr., pro se
71 Columbia Drive
Feeding Hills, MA 01030

                                        By:   /s/ Timothy M. Jones
                                                    Timothy M. Jones