UNITED STATES DISTRICT COURT
WESTERN DISTRICT

CIVIL ACTION NO. 04-30200-KPN

JOSEPH F. SCHEBEL, JR., individually and on )
behalf of all persons similarly situated, )
)
Plaintiffs-Petitioners, )
)
v. )
)
COMMONWEALTH OF MASSACHUSETTS, )
)
Defendant-Respondent. )

## COMMONWEALTH'S MOTION FOR LEAVE TO SUBMIT ADDITIONAL PAPERS REGARDING MOTION TO DISMISS

The Attorney General, on behalf of the defendant, Commonwealth of Massachusetts, submits this motion for leave pursuant to LR 7.1(B)(3) to submit additional papers regarding the Commonwealth's pending motion to dismiss.

1.  On April 25, 2005, the Commonwealth filed a motion to dismiss this action in its entirety. As the Commonwealth pointed out in its supporting memorandum of law, this action is based upon an internet-generated civil rights complaint on behalf of a purported class against the Commonwealth of Massachusetts, alleging a plethora of violations of law that supposedly act to the detriment of non-custodial parents. See http://www.indianacrc.org. *Pro se* plaintiffs throughout the country have filed essentially the same complaint in about 40 states, attacking the domestic relations and child custody laws of each state. Id.

2.  The Commonwealth possesses some of the unpublished judicial decisions that have been rendered on motions to dismiss in several of the states in which similar actions have been filed.

1

Photocopies of those decisions have been attached as follows:

    Exhibit 1: Ammann v. Connecticut, No. 3:04 CV 1647, U.S.D.C., Connecticut;

    Exhibit 2: Donley v. Vermont, No. 2:04-CV-241, U.S.D.C., Vermont;

    Exhibit 3: Donohue v. Rhode Island, No. 04-427, U.S.D.C., Rhode Island;

    Exhibit 4: Rohling v. New York, No. 04-CV-1083, U.S.D.C., New York;

    Exhibit 5: Fellows v. Kansas, No. 04-CV-4131, U.S.D.C., Kansas;

    Exhibit 6: Watson v. South Carolina, No. 04-CV-22257, U.S.D.C., South Carolina;

    Exhibit 7: Ross v. Michigan, No. 04-CV-73811, U.S.D.C., Michigan;

    Exhibit 8: Holmes v. California, No. 04-CV-03949, U.S.D.C., California;

    Exhibit 9: Bitara v. Texas, No. 04-CV-3620, U.S.D.C., Texas;

    Exhibit 10: Pettit v. New Mexico, No. 04-CV-1063, U.S.D.C., New Mexico; and

    Exhibit 11: Weiss v. Alabama, No. 04-CV-876, U.S.D.C., Alabama.

3.    The Court may properly consider the above documents because the motion to dismiss is based upon Fed. R. Civ. P. 12(b)(1). Gonzalez v. United States, 284 F.3d 281, 288 (1st Cir. 2002). Such documents may also be considered with respect to that portion of the motion based upon Fed. R. Civ. P. 12(b)(6) because the documents are official public records, the authenticity of which, the Commonwealth expects, will not be disputed. Alternative Energy, Inc. v. St. Paul Fire & Marine Ins. Co., 267 F.3d 30, 33 (1st Cir. 2001).

Wherefore, the Commonwealth requests that this Court allow this motion and accept the attached Exhibits 1- 11 for filing.

COMMONWEALTH OF
MASSACHUSETTS,
THOMAS F. REILLY
ATTORNEY GENERAL

By: _____
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
(413)784-1240 ext. 105
(413)784-1244 - Fax
BBO#618656

### CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify that on April 26, 2005, I served a copy of the foregoing **COMMONWEALTH'S MOTION FOR LEAVE TO SUBMIT ADDITIONAL PAPERS REGARDING MOTION TO DISMISS** by First-Class Mail, postage prepaid, on the following parties of record:

Joseph F. Schebel, Jr., pro se
71 Columbia Drive
Feeding Hills, MA 01030

By: _____
Timothy M. Jones

3