# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

JOSEPH F. SCHEBEL, JR., Individually
and on behalf of all persons similarly situated.

    Plaintiff(s)

        v.        CIVIL ACTION NO. 3:04 -30200-MAP

COMMONWEALTH OF MASSACHUSETTS,

    Defendant(s)

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Commonwealth of Massachusetts, against the plaintiffs Joseph F. Schebel, Jr., pursuant to the court's endorsed order entered this date, granting the defendant's motion to dismiss.

                          SARAH A. THORNTON,
                          CLERK OF COURT

Dated: June 23, 2005        By /s/ *Maurice G. Lindsay*
                          Maurice G. Lindsay
                          Deputy Clerk

(Civil Judgment.wpd - 11/98)                                [jgm.]